## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:20-cv-237<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

CHRISTOPHER BOFFOLI, ("Boffoli" or "Plaintiff") hereby alleges for his complaint against FACEBOOK, INC. ("Facebook" or "Defendant") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

### NATURE OF THE CASE

1.     This is a claim for copyright infringement arising under the copyright laws of the United States, Title 17 of the United States Code.

### JURISDICTION AND VENUE

2.     This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

3.     This Court has personal jurisdiction over Facebook because it conducts substantial business in the State of Washington and because the acts and omissions in question occurred here.

4.     The claims alleged in this Complaint arise in the State of Washington and the Western District of Washington and elsewhere.

5.     Venue is appropriate pursuant to 28 U.S.C. § 1391(b)(1–3).

## PARTIES

6.     Plaintiff is an individual and resident of the state of Washington.

7.     Facebook is a Delaware corporation with its principal place of business in Palo Alto, California.

## FACTS

**A.    Boffoli created copyrightable photographs and registered them with the U.S. Copyright Office.**

8.     Boffoli is a fine art, editorial, and commercial photographer who created "Big Appetites," a series of photographs featuring tiny figures photographed against real food backdrops. Big Appetites has been published in more than 100 countries around the world and has been featured in major publications such as the New York Times, Washington Post, NPR, and CBS This Morning, among many others.

9.     Fine art photographs from Boffoli's Big Appetites collection can be found in galleries and private collections in the US, Canada, Europe and Asia. Boffoli is frequently hired by top advertising agencies and brands for commercial commissions based on his work. He also is hired by various publications for editorial commissions. Boffoli's images frequently are licensed for publication in books, magazines, calendars, online publications, commercial websites, and greeting cards.

10.    Boffoli's business is based on licensing and selling the photographs he creates. Big Appetites fine art photographs are currently available for purchase at

COMPLAINT FOR COPYRIGHT
INFRINGEMENT—2

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

fine art galleries and have also been included in museum exhibitions in the US and abroad.

11.    Boffoli registered each photograph in the Big Appetites series with the U.S. Copyright Office and has Copyright Registration Nos. VAu001106484 (2011), VAu001148370 (2013), VA0001948517 (2013), and VAu001198948 (2015).

**B.    Facebook's customer posts photographs from Big Appetites without license or permission from Boffoli on webpages housed on Facebook's platform.**

12.    Facebook provides services to at least one user and allowed that user or users to display content on Facebook's platform, including content that infringes on Boffoli's copyright (the "Infringing Content").

13.    The Infringing Content displayed by Facebook contains numerous photographs from Big Appetites without license or permission from Boffoli. A copy of the infringing content is provided as Exhibit A.

**C.    Facebook failed to prevent the Infringing Content from being accessible over the Internet despite notice from Boffoli.**

14.    Facebook can remove the Infringing Content displayed on Facebook's platform. Facebook can also disable its users' ability to post content to the Internet.

15.    Facebook's registration with the United States Copyright Office for receipt of Digital Millenium Copyright Act ("DMCA") identifies "ip@fb.com" as the email address of its designated agent. A copy of Facebook's registration is provided as Exhibit B.

16.    Between August and October 2019 Boffoli issued DMCA takedown notices reporting the Infringing Content immediately after he discovered that Facebook was displaying copies of his copyrighted works. Facebook reported that it removed the Infringing Content. Boffoli's correspondence with Facebook is attached as Exhibit C.

17.    Boffoli never authorized his work to be posted on Facebook.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT—3

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

18.   As late as January 9, 2020—more than 100 days after receiving Boffoli's first notice—Facebook had not removed or disabled access to the Infringing Content. (*See* Exhibit A.)

19.   On or about January 30, 2020, Facebook removed or disabled access to the Infringing Content only after communication from Boffoli's attorney. Facebook admitted it failed to previously remove the material despite notice and stated that its failure to do so was due to a technical error.

## CAUSE OF ACTION
## Copyright Infringement and Contributory Copyright Infringement

20.   Boffoli hereby incorporates Paragraphs 1–19 by reference.

21.   Boffoli is, and at all relevant times has been, the owner of the copyright in the photographs in the Big Appetites series.

22.   Each photograph in Big Appetites is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

23.   Boffoli has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

24.   Boffoli registered the copyright in each photograph in Big Appetites with the United States Copyright Office.

25.   Boffoli has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the photographs in Big Appetites, (2) prepare derivative works based on Big Appetites, (3) distribute copies of Big Appetites, and (4) display Big Appetites publicly.

26.   Without the permission or consent of Boffoli, photographs from Big Appetites were reproduced, derivative works were made from, copies were distributed of, and the photographs were displayed on Facebook's platform.

27.   Boffoli's exclusive rights in the photographs in Big Appetites were violated.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT—4

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

28.     Facebook induced, caused, or materially contributed to the Infringing Content's publication.

29.     Facebook had actual knowledge of the Infringing Content. Boffoli provided notice to Facebook in compliance with the DMCA, and Facebook failed to expeditiously disable access to or remove the Infringing Content.

30.     Facebook acted willfully.

31.     Alternatively, Facebook directly infringed Boffoli's copyrights by continuing to allow public access to the Infringing Content on Facebook's platform.

## RELIEF REQUESTED

WHEREFORE, Boffoli asks this Court to enter judgment against Facebook granting the following relief:

1.     Temporary and permanent injunctions preventing and restraining infringement of Big Appetites by Facebook under 17 U.S.C. § 502;

2.     An order requiring the destruction of all copies made by or under the control of Facebook of the photographs in Big Appetites and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3.     An award of the actual damages suffered by Boffoli as the result of Facebook's infringement plus the profits of Facebook attributable to the infringement under 17 U.S.C. § 504(b);

4.     Alternatively, if Boffoli so elects, an award of statutory damages for each infringement of Big Appetites under 17 U.S.C. § 504;

5.     A judgment that Facebook's infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6.     An award of Plaintiff's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

7.     For such other and further relief as may be just and proper under the circumstances.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT—5

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Dated: February 14, 2020        Respectfully submitted,

NEWMAN DU WORS LLP


s/ Keith Scully
Keith Scully, WSBA No. 26877
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:          (206) 274-2800
Facsimile:          (206) 274-2801
Email:          *keith@newmanlaw.com*

Counsel for Plaintiff
Christopher Boffoli


## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Christopher Boffoli demands a trial by jury of all issues presented in this complaint which are triable by jury.


Dated: February 14, 2020        Respectfully submitted,

NEWMAN DU WORS LLP


s/ Keith Scully
Keith Scully, WSBA No. 26877

Counsel for Plaintiff
Christopher Boffoli