# Exhibit A





scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66402017_2316309441809563_6431603261064609792_n.jpg?_nc_cat=103&_nc_oc=AQkVJ9-zewlaG89xYp23ta...



scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/379777_172985746131576_1381132476_n.jpg?_nc_cat=104&_nc_oc=AQnr1N1-03qYTo6ZvoCTua65RpNr5f7FIjKKB...



