# Exhibit B

**Service Provider History:**

Effective: June 14, 2019 to Present (Active)

| Service Provider/Designated Agent Information | |
|---|---|
| Service Provider: | Facebook, Inc.<br>1601 Willow Road<br>Menlo Park,  CA  94025 |
| Designated Agent: | Facebook Designated Agent<br>Facebook, Inc.<br>1601 Willow Road<br>Menlo Park,  CA  94025<br>Phone: (650) 543-4800<br>Email: ip@fb.com |
| Status: | Active |
| Effective: | June 14, 2019 to Present |

| Alternate Names |
|---|

Search:

| |
|---|
| Facebook |
| Facebook 360 |
| Facebook Lite |
| Facebook Live |
| Facebook Local |
| Facebook.com |
| facebook360.fb.com |
| fb.com |
| Flash |
| Gameroom |

Showing 1 to 10 of 23 entries        Previous   1   2   3   Next

Back to Search

**Explanation of Status Field**

The directory contains both current service provider/designated agent information as well as prior versions of designations.

- **"Active"** refers to the service provider's current designation.
- **"Inactive"** refers to an older designation that is no longer in use by the service provider and has been superseded by a newer designation.
- **"Terminated"** refers to a designation that is no longer active and for which the service provider has not provided any superseding designation.

U.S. Copyright Office

Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy | DMCA Help