# Exhibit C



From: **Facebook** case++aazqendaiybkx6@support.facebook.com
Subject: Intellectual Property Report #726152691161252
Date: August 12, 2019 at 6:33 PM
To: hello@bigappetites.net

Hi,

The Facebook Team received a report from you. For reference, your complaint number is 726152691161252.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:

IP Help Center: https://www.facebook.com/help/intellectual_property/

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

- Hacked accounts: https://www.facebook.com/help/131719720300233
- Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/
- Abuse (including spam, hate speech and harassment): https://www.facebook.com/help/263149623790594/
- Pages (including admin issues): https://www.facebook.com/help/pages/
- Unauthorized photos or videos: https://www.facebook.com/help/428478523862899
- Login issues: https://www.facebook.com/help/login
- Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings

If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks for contacting Facebook,

The Facebook Team
--------------------------
Who owns the copyright? : Me or my organization
Your name (name and surname) : Christopher Boffoli
Your job responsibility : Owner, officer or director (non-legal)
Mailing address : Big Appetites Studio
3239 California Ave. SW
Seattle, WA  98116-3304
USA
Phone number : 206.552.9797
Email address : hello@bigappetites.net
Confirm your email address : hello@bigappetites.net
Name of the rights owner : Christopher Boffoli
Where is the rights owner based? : USA
What type of content are you reporting? : Other
Please provide links (URLs) leading directly to the specific content you are reporting. :

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/305309_148618191903512_1401037711_n.jpg?_nc_cat=102&_nc_oc=AQmUw04ooZNC7Pqy3ped2xAPfu3ZmnESk9VZAzVC89rxiBvm0zIhtCfITU9ERDR8ghs&_nc_ht=scontent-sea1-1.xx&oh=58b881e061934dfa4e2db92188a3b726&oe=5DD2233B

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10403461_471309806305650_1253672524978309177_n.jpg?_nc_cat=103&_nc_oc=AQk94Qg7OIXIqYGpMMYyjoyPGTqOw-HPl9XKxTLn3f1-ck8TegXAyRWuk7BvuSv8ybU&_nc_ht=scontent-sea1-1.xx&oh=7f210e4f78a20fbf740b6b597afeef38&oe=5DD2C27E��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10565077_471309309639033_5002504365711592824_n.jpg?_nc_cat=109&_nc_oc=AQl5slw_DDfv3z6DY6Q8LwQhXSQxvbSpxjoO-mnIIM3KtGeJUZqTa-hTwnbJIAFP8HY&_nc_ht=scontent-sea1-1.xx&oh=4038f96b59aa68f2ff26ff60595c7d50&oe=5DE25F56

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/64487126_1556079011195708_3886038915672440832_n.png?_nc_cat=108&_nc_oc=AQmiE_s6TlrLOqy0bhT91xlcid-Rx5cbIEF5lpoOrMDTQUSL60985k4Fk8bMd9EwFm4&_nc_ht=scontent-sea1-1.xx&oh=31c096c338e23549684e536bc7990cfa&oe=5DD0F564

1.xx&oh=31c090c080c28549004c900bc7990ciaa&oe=5DD0F904

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/27544739_10215749607283951_8993833450153395690_n.jpg?_nc_cat=100&_nc_oc=AQkpvggN0Yhr7y1AmxjOPJzO5PD3t7bbvC433QpqYQNYhP7HHjToAVnY44fyVr9EOJI&_nc_ht=scontent-sea1-1.xx&oh=ff560241117337b8d2b6a6a71b87444b&oe=5DCF8904��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/64788680_10219636000281347_1503279922724995072_n.jpg?_nc_cat=101&_nc_oc=AQlt3JVuIaTMlOSbAUVWM9s9087HGQ7E-HsbLuBr4MZf4risiNgKwXMxBVhVY4kZnYc&_nc_ht=scontent-sea1-1.xx&oh=55b9048816bcdd6a588ada2a0bb743ff&oe=5DDB0B0C��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/304817_10150975687212821_1351423319_n.jpg?_nc_cat=108&_nc_oc=AQkTLJlhRM2sy7lCmgSEg7CuBQ3viYVJ8jg2AQeCSQFCVxfFvxZEIiXGDr1EckepxWQ&_nc_ht=scontent-sea1-1.xx&oh=ffb03bda5c06cb796f3199274ba97b54&oe=5DECC499��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/598503_221174424669271_390741242_n.jpg?_nc_cat=109&_nc_oc=AQkKvQ_TGU2BANnP8avHLyTzGjXKEvx1mpzwth_RcX4aC-8VOxxpPnqa28-XsW_1SZY&_nc_ht=scontent-sea1-1.xx&oh=6d94db8c9d4afb9e6e51ccc8d5d446d3&oe=5DEC629E��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/178904_221174598002587_68399332_n.jpg?_nc_cat=101&_nc_oc=AQmIuxTezjTS_YlurDaty0Ymmuc_gPEoIAKzWyym8zXt9N6RHY84-d80H3nT0ZYmHMA&_nc_ht=scontent-sea1-1.xx&oh=bf82c512043f7ae6e522f365711c75af&oe=5DCC9789��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/542466_221174624669251_1395423092_n.jpg?_nc_cat=104&_nc_oc=AQmE0FPWIjnmEYofM7lYlNjM2xmKPSHb8pzUrowb-3KxuKF201tp-A2OyFvvzJT5Wy0&_nc_ht=scontent-sea1-1.xx&oh=27882bc57515fb361bce44aca5e5d67e&oe=5DCDD25F��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/295095_221174644669249_868254280_n.jpg?_nc_cat=100&_nc_oc=AQloYwi9FJXe1Fe-2dNRkMyfxnPlhyB34yvWtGDvA8ubMSkRMlGjoNj779C2Wl8KLqw&_nc_ht=scontent-sea1-1.xx&oh=ce7f6d9b52defaf4637aaf1b772b64d3&oe=5E16097F

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/229979_221174668002580_1696855782_n.jpg?_nc_cat=110&_nc_oc=AQl9KsJAK_CN8xPBrkMHOJlMrEAL9sVZNcJ3Aim5b3R9_f6WPZJSoSqQF1GmCPZqpnk&_nc_ht=scontent-sea1-1.xx&oh=934d2f66bfa99ed88c414fe6dbb3b8f3&oe=5DCDE269

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/598480_221174688002578_2015311067_n.jpg?_nc_cat=104&_nc_oc=AQln6dyHPKmqNvcBOLIxvrVhkAAKc7XYzc2Cbqf9Fn8uIJyOdDDbPevmh_wgka00h3Q&_nc_ht=scontent-sea1-1.xx&oh=7dc88ce350d786597b9d0857a9ded7ee&oe=5DDB134D��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/599637_221174704669243_124817116_n.jpg?_nc_cat=110&_nc_oc=AQl9JhNlI7yeA1HkWYfXCAQAt21n_fJ-P7fM8PE770zYU3h2R3Br5n-G0eyG1agaS7k&_nc_ht=scontent-sea1-1.xx&oh=c4b0961d4f3980a576e7da87363d7599&oe=5DCC0451��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/301698_221174718002575_660743315_n.jpg?_nc_cat=103&_nc_oc=AQk05e83ocHDyeIaws1O97Ha1iu2YDmjwG3lUduXDpy_ZKR0AAS_0Cu-ZaQhxIVIvTc&_nc_ht=scontent-sea1-1.xx&oh=da11f76e4588595ddcdfccd1baee5f2f&oe=5DDF2805��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/403410_221174734669240_1568604320_n.jpg?_nc_cat=108&_nc_oc=AQlumMndFj-Y9Nh5ezMuoTR3iA0P067YFiKhK725b6ifokU3R0v6eycBk6STZ5rF2EQ&_nc_ht=scontent-sea1-1.xx&oh=9e0eb200e4894665db34265e2ec1f684&oe=5DC7746A��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/538101_221174761335904_2066508022_n.jpg?_nc_cat=101&_nc_oc=AQmz9WJNWvaN3BLXc-vTdKD9XpPfOeffnCvhjXDVkGZVDexWuPo-VdBguhJBuqY1qr0&_nc_ht=scontent-sea1-1.xx&oh=9aa25ea88e684b3c761432daf0d5aecd&oe=5DCD4646��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/303307_221174781335902_1075108749_n.jpg?_nc_cat=110&_nc_oc=AQngSbZ8Wv1rc81qZsY8Ts8y-NZRVXlqsHNbKn4qzsLpezM9nAV8Y7wO54Y5T69XXK0&_nc_ht=scontent-sea1-1.xx&oh=bdc9de6f5a85d4152ff2c45351c95b0d&oe=5DCF6D42

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/182567_221174821335898_1357208909_n.jpg?_nc_cat=107&_nc_oc=AQnNJW8fQMYfl--VDwHcalZZUkXdsh16RldWPIirLsVDxqJ2dlWzDODiLr2AV06cjAs&_nc_ht=scontent-sea1-1.xx&oh=68e220bbbd65dcfd0e157b7279fa0552&oe=5DC9ED75

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/250887_221174911335889_1243544071_n.jpg?_nc_cat=101&_nc_oc=AQkV5LAF4kfTkR41i3qU4LjbXIjFNY3hl3DruExWWF4bqInEZpbKaCrfagzcmDexSc4&_nc_ht=scontent-sea1-1.xx&oh=434b5fbfd27db3bd73d36e840c4c03cc&oe=5DE29747

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/403377_221174928002554_538950309_n.jpg?_nc_cat=108&_nc_oc=AQlkOb5qJnCVKMr8ayjK7pNJrBa0Vf6cElWYIE-keWKJ3LpxxE9QYGVKt4IMibdAoQc&_nc_ht=scontent-sea1-1.xx&oh=91aabefc673bfa79ad5130c9f57754a6&oe=5DD2D0DA

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/401854_221174948002552_2124473806_n.jpg?_nc_cat=102&_nc_oc=AQm12B4Rva1wD3eAskaOvuSGoWVMDFTTHW41uMZVL_0zvOeCcRhV26VlOvRSGENlr7Y&_nc_ht=sconte

nt-sea1-1.xx&oh=d054e2ea58b15f5209554424cd03a07c&oe=5DE1FF3B��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/522754_221174964669217_507792746_n.jpg?_nc_cat=104&_nc_oc=AQmASwkXdy_GTMmixXcZOX5BR9RavvY2TMI-YcnE2IBsbWwGo356ygWq3o7XTpS8NBk&_nc_ht=scontent-sea1-1.xx&oh=81b6fa935d5125c620cde0654b1d8ed2&oe=5DDAD901

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/542186_221175051335875_2132517346_n.jpg?_nc_cat=101&_nc_oc=AQkCYzc105uBcW8JzoyM9qvi72eF7kStugykeCpWjyGdyv4KIBPWbCT5f2UdMTjNQeo&_nc_ht=scontent-sea1-1.xx&oh=650713ddbff75d2da32d4f053998cb42&oe=5DC9F73B

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/601018_221175078002539_1423095760_n.jpg?_nc_cat=103&_nc_oc=AQm91hADpGl-tVQta27q3kh1E-0G5toSZE52s61_phmVmfLNpz83gIiABdRLTsJUQzc&_nc_ht=scontent-sea1-1.xx&oh=dd4fb0f9bae85b95e9fa6448ae8be634&oe=5DDE4AFB��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/537583_221175098002537_1343847035_n.jpg?_nc_cat=105&_nc_oc=AQlAPzXpvGljyQepLvQVOp-E_CYiTV9gnSf2ZgWBdogpP5nVFwXip5097pgxFiax96A&_nc_ht=scontent-sea1-1.xx&oh=ccc65b52a22eb5d189d7859c56d6a86f&oe=5DD4D639��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/392505_221175131335867_2127049406_n.jpg?_nc_cat=100&_nc_oc=AQlWhnFkCtkcu84YlgJN-8L8jxt16xFzqfjBNV9YCcTliNgcetXKxElMQgTzFeTKe7A&_nc_ht=scontent-sea1-1.xx&oh=f3e308a69507d37b9d904583ad34e453&oe=5DEB8A26

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/552924_221175151335865_1913694651_n.jpg?_nc_cat=108&_nc_oc=AQlui8DFx0I90SgsgiR7oCuIWt_JRnK-AEj6ecmST9cQrWV9XVyk7qqFYtP7oocX1mM&_nc_ht=scontent-sea1-1.xx&oh=c2926eed3e77b8e44d9d0bdb0fbca51c&oe=5DEB5D34

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/598683_221175161335864_812656811_n.jpg?_nc_cat=104&_nc_oc=AQncWTsUOHGL0-pL1RukW-kELdfJQe9PrDmuDYYtRk5RQQkAemUx1rhX40PvsY6sSLU&_nc_ht=scontent-sea1-1.xx&oh=c240b07539582340ee9e545bed6fc5de&oe=5DD72529

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/537628_221175191335861_296956771_n.jpg?_nc_cat=106&_nc_oc=AQkcDVaIjz57jjd7z8o9FknIALby-qaI2FN2bnxq4_SPa3Q3ZvrHMaLce5pNHQtAPa0&_nc_ht=scontent-sea1-1.xx&oh=e35028e4ebd9824547cbee75715f870d&oe=5DCC8DEA��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/576835_221175211335859_378776519_n.jpg?_nc_cat=103&_nc_oc=AQnqNhnBLnPNbbGvKJ9dZjX8MMWY9vM3K7o-HbyJ8iR83e_udu9bjQo6fQz4Z_9tgOw&_nc_ht=scontent-sea1-1.xx&oh=60886d5cf08ae12db12be509d2a0b508&oe=5DD4E216

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/252740_221175244669189_1724493634_n.jpg?_nc_cat=100&_nc_oc=AQlNlLbsFyX9fJd2-yvSYFEFu346fnPGcNEsElJoiIOmEcF_DsR0_YGGxx-kiX2QFBI&_nc_ht=scontent-sea1-1.xx&oh=46c7053a32950220f454061dc9d8841b&oe=5DE45ACF��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/552906_221175258002521_27162508_n.jpg?_nc_cat=100&_nc_oc=AQkE1MVZOpPGFUehqDvDeatWt06u54dudf6sCurcLcTZJm0z4gTN_AEHn6TelRRG0qs&_nc_ht=scontent-sea1-1.xx&oh=0d894ceeeae1ae58afc3758b330b05f8&oe=5DC7704A��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/581251_221175271335853_2063517269_n.jpg?_nc_cat=105&_nc_oc=AQkvhsfocLhAQ7UR0hRZC4rR4AEHGiaEPAMVX7HfSx2_hztI_isBbvVuQ7GlonaROAg&_nc_ht=scontent-sea1-1.xx&oh=3ca80736bd09569be9b90ceb0ec025f8&oe=5DE29604

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/575888_221175294669184_286343528_n.jpg?_nc_cat=103&_nc_oc=AQlE_qNWhpbyoW5vunZros15Y-CuXfHvjONJdGD8uMM7Zc8YfwdfqkFzl6ith6-slTg&_nc_ht=scontent-sea1-1.xx&oh=ad9833d92a0d2115f32aa0f317c3a78a&oe=5DD0C3B5��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/527788_221175314669182_1128566176_n.jpg?_nc_cat=102&_nc_oc=AQltabTF8d4xoDHYbDGKBJgY-PuK6qZZ8Hb90SBC0Ee0-C1bqMMVCSyeiCCXQlPkgBk&_nc_ht=scontent-sea1-1.xx&oh=620ea444527ef7243d1850aedd17335f&oe=5DCF39F9

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/319840_221175364669177_1846094091_n.jpg?_nc_cat=100&_nc_oc=AQlRhMSSPZDYeUBi8Gx7dvTBhwJZwdXYsS1U7bi_UmYU-vJmGM-rQx40puvlxbCF-s0&_nc_ht=scontent-sea1-1.xx&oh=ff12b6483c605ad281a11cca165a5d07&oe=5DE9EC7A

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/554360_221175401335840_1899529135_n.jpg?_nc_cat=108&_nc_oc=AQm1vuLSR-YU_T4thCGeEnrg_ffECUkyGxhpbixrTvFdvWwLAF0oN3Lh4vgi6pg7yVI&_nc_ht=scontent-sea1-1.xx&oh=9de9553df664ef1cc31885b12590b973&oe=5DDF83C0

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/550548_221175504669163_47607363_n.jpg?_nc_cat=108&_nc_oc=AQmmq5niigLJzdZDiDCSL2jiONk_43p2RkmPeCiG_HY-L2ZkBhkTH7WbajwXkPUo-Lo&_nc_ht=scontent-sea1-1.xx&oh=7708d88f54fb180925312a7d74e01843&oe=5DD3C679��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/251821_221175561335824_1309384314_n.jpg?

_nc_cat=104&_nc_oc=AQmQF8CeUbyH8eGr2kYF7-BpTWOEUpO7OWl0xTPpPSujoj5jILzKl4TctJsv5uvjUSA&_nc_ht=scontent-sea1-1.xx&oh=df82922786a7608ff8bcf63f363d761b&oe=5DCEDA3B��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/576554_221175578002489_1647565780_n.jpg?_nc_cat=100&_nc_oc=AQlvKVFpNTtX6aqusrqYbWXmkW8bapxUvwBsTwZkVjhSn21ukCw2b7noHvNj52o65yM&_nc_ht=scontent-sea1-1.xx&oh=a9c13720d48e25aeaf7b56842acaf8e5&oe=5DDD6B0C

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/601214_221175591335821_2014710215_n.jpg?_nc_cat=101&_nc_oc=AQlhSQxEDcCwKj9hKDRDV3zjAT--HeC8qiQ2VHBL-_EdQ5heFMORndQgjHzCUerXhY0&_nc_ht=scontent-sea1-1.xx&oh=760598bfd1d207039d7360adea44c6d1&oe=5DD088C9��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/581142_221174564669257_564559599_n.jpg?_nc_cat=103&_nc_oc=AQlEZh3fojPgoG33omzXngd5TUFJQWqNKZGtiMw3lPnbgY9kSHygqjneJ2Hp86XpAJ4&_nc_ht=scontent-sea1-1.xx&oh=1bb9c4d097b1ec0b4451c98375570be9&oe=5DE223B2

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/526711_221174548002592_340319418_n.jpg?_nc_cat=107&_nc_oc=AQlavomnspABvkZb9BsBK-Sezv-PNk3126VowDnEaIHADOqAMrI0kiCHKtItQ3rGFx0&_nc_ht=scontent-sea1-1.xx&oh=8d818a5429af846fee2be0685af45abe&oe=5DE397F2��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/538265_221174528002594_2131532524_n.jpg?_nc_cat=104&_nc_oc=AQlLu_2137XrHQIC6jadF7Daiu7AYUUW-W4ITO3oer_lPI5wdOuPED5fzioeQ4bRIic&_nc_ht=scontent-sea1-1.xx&oh=d4c6d9b14f61ecf200814f0d7e4e9fac&oe=5DDEB66D

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/598503_221174424669271_390741242_n.jpg?_nc_cat=109&_nc_oc=AQkKvQ_TGU2BANnP8avHLyTzGjXKEvx1mpzwth_RcX4aC-8VOxxpPnqa28-XsW_1SZY&_nc_ht=scontent-sea1-1.xx&oh=6d94db8c9d4afb9e6e51ccc8d5d446d3&oe=5DEC629E��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/400838_139616562895155_106024381_n.jpg?_nc_cat=104&_nc_oc=AQn9jIzWXqGqyqQOEanYyjRa46muCim1d9EKx75p3jnIMKfGUzrDBcYbR9Kp-VAvJCg&_nc_ht=scontent-sea1-1.xx&oh=716b2b4d7ad7e6f0f5062a63b2b70614&oe=5DE4C276��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/251902_454289014589602_777954919_n.jpg?_nc_cat=108&_nc_oc=AQmBIGusV0vyxhw3Jm2G6oGczg-NFMoDKTAhAApw17hzrsHwlSh3JBAPo3WR1eyGOTI&_nc_ht=scontent-sea1-1.xx&oh=a8c28daebaaac1f4fed35f57eed6a2da&oe=5E157A2A

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/6006_537471562981369_1848682704_n.jpg?_nc_cat=104&_nc_oc=AQnD5K1bAn43eQ8IepUiqhUYswBbgtn8SKfinm82taMTStH7Mor9A-g8EvH0udkEGwQ&_nc_ht=scontent-sea1-1.xx&oh=7a93dec23a7b711a017d629284f4d73e&oe=5DCE3AE2��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1236626_517398618347058_1622158425_n.jpg?_nc_cat=107&_nc_oc=AQmyb3Kh-HBm7YsJGWBgDBvAliCbCm84cLuWpsyBeHYyi4CQIzhHnMLPVT_qIlIyn_g&_nc_ht=scontent-sea1-1.xx&oh=5dc4b04c3bc419c1327ccd4e645ec49a&oe=5DE43DCD

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/531921_517398878347032_1276561304_n.jpg?_nc_cat=111&_nc_oc=AQniZgTaR9lXt-Zs4rpvPjFIB2CFT75M8x_ht1BHBQAF-XZjiD_-7jRlfTGFzhiNZAc&_nc_ht=scontent-sea1-1.xx&oh=ad8c21f1ccdfbf2359dc7ae7b57b4b65&oe=5DDA08D9

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10371967_10202763563907765_5641152754195115472_n.jpg?_nc_cat=100&_nc_oc=AQkIj1MkQUDn8iUMxM_HGORXe_ra7d1z3bA38u0rM6qI9QCl-Kk6fXocCJD4NKpgSrE&_nc_ht=scontent-sea1-1.xx&oh=57eb4a4f6a74678c874e656871188bba&oe=5DCE31B6��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/977653_500200716716300_2031934005_o.jpg?_nc_cat=103&_nc_oc=AQmMXuos3yi5wCqw3GuQY-hnVkjjs30H2kFXpbs4xpBTh9H32Pv1c463bPMuGBZR2F0&_nc_ht=scontent-sea1-1.xx&oh=95ddf8c0f65809dcfac43bb69a1674d3&oe=5DEB5E18

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/487793_429701107068632_51548464_n.jpg?_nc_cat=111&_nc_oc=AQnpU3WTjWSjHZyxpkGB0Ni8hS0_XHPHPW0aVz9WGI-UHoJZ56t3t07KP-NKcAj4CZw&_nc_ht=scontent-sea1-1.xx&oh=513634aae06bf78f235a33d94b0ee6eb&oe=5DECD5B9��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/399379_429701213735288_15724041_n.jpg?_nc_cat=105&_nc_oc=AQlV_nlEjd9XzX4nYYw5rYADDpeAoG7M-evYC9peWBeJMNFM9i-ITlJQsZ_e7Jci2I4&_nc_ht=scontent-sea1-1.xx&oh=11ac64a6765a73cc1b326909943f8b4f&oe=5DECE452��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/252201_10150967760144443_1990127817_n.jpg?_nc_cat=105&_nc_oc=AQmArH6T_IIaiGDCTbsJeZai_mnREyYdJxca4p5DRAN3NRHFC7I1aBaxUnUKBwDAwhM&_nc_ht=scontent-sea1-1.xx&oh=6f09a503409df89e5dc5515c093c397e&oe=5DE2E79D

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/532768_10150967760349443_396981930_n.jpg?_nc_cat=105&_nc_oc=AQlzNFt2Vn5vNrrivA06pVnHLp9v9d-GZ6MC6zUqmBYxR5WIMe0nAZPJPLYWUi_LPX4&_nc_ht=scontent-sea1-1.xx&oh=038e1d4284369f28b50e0942da642c62&oe=5DE76D8B

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/314127_10150967760234443_301369406_n.jpg?_nc_cat=103&_nc_oc=AQnzYVjCrKtxT0Pi462klnmTtr6CIaTS16FTmcaWYV5TonQNN2WPr21mMpxTU32twYA&_nc_ht=scontent-sea1-1.xx&oh=38da6ecf39d06cd9324e2d52c6ab2613&oe=5DDC9FDE

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/527610_10150967760309443_452528939_n.jpg?_nc_cat=110&_nc_oc=AQnzIYkXGHF53WnHKacjuO9i29UTV8x8qfvU_NPPp0tUu1G6R4woM-TNqAxjY4De9R8&_nc_ht=scontent-sea1-1.xx&oh=4c79eb12bea24bd35c0717c13c04fade&oe=5DC97CFE��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/486586_208690062592489_86195804_n.jpg?_nc_cat=102&_nc_oc=AQnbVpai8v4Z7-NaY-8N0UFGxkfTjMxGpFvLcU4mr_zb_1zTgfLPfpY3R3bVeYzrHvI&_nc_ht=scontent-sea1-1.xx&oh=9b912b593fe801bf7fc8a485efbbbd67&oe=5DD335FE

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1005702_554369504601791_637564896_n.jpg?_nc_cat=104&_nc_oc=AQkqgYFWFwbM2NWL4jZuBM-r67gBI1r0kf1-Vdug2mu8hMAs4kYeExEWEJEHa_5YGCk&_nc_ht=scontent-sea1-1.xx&oh=bfda689ba0ba8cec7acc1365b0f417e7&oe=5DDF0573

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10171124_1578315209076929_2208139373168781388_n.jpg?_nc_cat=109&_nc_oc=AQlMUVaBDXU3IVbYFLIZoHeeu9bgIRBrOkyKZXQYuFP8PNqbfrjLEsUy-kh3b1GI2vc&_nc_ht=scontent-sea1-1.xx&oh=53f4f03409fe5e9fedda8845a674fb2f&oe=5DDDD3A7��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/314461_429701230401953_1182468071_n.jpg?_nc_cat=100&_nc_oc=AQnlJf1ia8OjD5ljQWl6WsryhI_COLaIfppaH1JKMQAHEannKbyyoLdDLCyGYhO-iNI&_nc_ht=scontent-sea1-1.xx&oh=bba5d7249300f5723aa0f9cb3b21a08f&oe=5DCD3DFD

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/324070_101158410031546_1680899715_o.jpg?_nc_cat=105&_nc_oc=AQmipLwpCJhINMtQNkm6PLNBPHUxjH6AgKLQ4ts0FXAtQOyXz3t6Q3AZ5nOJktJ5lBs&_nc_ht=scontent-sea1-1.xx&oh=ce1f207511faa1964873a45158aac42d&oe=5DC7EBDA

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10898176_774063119297201_5232913986751550909_n.jpg?_nc_cat=102&_nc_oc=AQk0x43QTyR0l9nRwFR5aJVEj_-xNglNwpImv-XxHv9NfndU6hI6IGtZE7tcczWpbWA&_nc_ht=scontent-sea1-1.xx&oh=b398cb187e6cce366fd347dbf6179a9c&oe=5DD79E89

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36561150_1929684193719062_7631158330865483776_o.jpg?_nc_cat=110&_nc_oc=AQnuqc-tBIsOlbzjyuBft08-rIs-QJaOYKz2bQVk2dobR1vWO5Hq6c2xsuGpE_sWmTk&_nc_ht=scontent-sea1-1.xx&oh=a50e80105311c04d9dc285512c31d279&oe=5DE13DD9

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1795873_798000053547592_548108070_o.jpg?_nc_cat=105&_nc_oc=AQl0ShdOSAfSFXXtJTKwSBFJ6MAg-m-k7aBM-vm_EsbTJNAy8ZxE2HDZ224GQGKt7bA&_nc_ht=scontent-sea1-1.xx&oh=60b2549b2e19f07e700859971e01d710&oe=5DD570B3��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10412018_512258588902018_210493992271507357_n.jpg?_nc_cat=104&_nc_oc=AQnzdiE-aq1aT_hyj7JZ-Hvo_VNFiO6e9_fIaLQ4n0ZuBYMrUM6tbHW8WlY3WnDMsU0&_nc_ht=scontent-sea1-1.xx&oh=e9428fdc92aa39a30d962c544f69a36c&oe=5DD3CD54

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10446640_512258548902022_16197111722555486146_n.jpg?_nc_cat=105&_nc_oc=AQmkSndbsZnzFgdFR8OH-_1RuNNN6dUMeoUJyPCk3yDuPruiLz47AxWWsQt3MyoQAoI&_nc_ht=scontent-sea1-1.xx&oh=d0e5d276b0214fe85af3546207ce886a&oe=5DD389C6

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10352557_512258655568678_2307767972737959448_n.jpg?_nc_cat=111&_nc_oc=AQmK-JCKnJRVBgb4n3QgXkdgHiB1DybZbuRZI_m-axN9BkNDRDIRNxUtqkP9ddPiFPQ&_nc_ht=scontent-sea1-1.xx&oh=46a9e47f4c5bf7cae8a42d403afb1a37&oe=5DC769A6

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36452961_1929684120385736_3619921371917713408_o.jpg?_nc_cat=100&_nc_oc=AQlAKthxxFYLaed_aaHXNMhqKPCAq9nSphqxz8y07d9lVq-t0L4SqwMB6XvHWXmW87A&_nc_ht=scontent-sea1-1.xx&oh=a02cc47108bb579f52ab99c16eb5dfcb&oe=5DD9D872

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36408599_1929684320385716_1759393388135710720_o.jpg?_nc_cat=110&_nc_oc=AQmmue3RPD-h9s9tfPXOGxavgX4SdTQV1UY4JA0v5ZDu4aoDOK7wDS2rVR7qyBSHDn0&_nc_ht=scontent-sea1-1.xx&oh=da9fda154dabce08e9079e5701d05c2a&oe=5DE1220F��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36516516_1929684333719048_79091352211332370432_o.jpg?_nc_cat=100&_nc_oc=AQlBQ77B3IWkPxS0QThYklfNVHBZaFMssO4c_P7l2Q0b-8arOQzH-kbCtoUP_L-1BVA&_nc_ht=scontent-sea1-1.xx&oh=d0642d34d76948b527e21d4cf69287fd&oe=5DD2BE7F��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36569236_1929684443719037_8763826556410789888_o.jpg?_nc_cat=109&_nc_oc=AQnIWk0Trgm1guZoUSaqVmjxQlqubKrCV6B9RtA4cbwkqWMTxFzBIfIN8vapLC-syKM&_nc_ht=scontent-sea1-1.xx&oh=ce554956cbf1c90cc11ab6b127105afd&oe=5DE3C5ED��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36431858_1929684517052363_4411957102721892352_o.jpg?_nc_cat=105&_nc_oc=AQk5nZ9jo-o0ixz1pipqUAYIjjDvIt6L97IyBiDzxLixrMPW-yuJGi0GspGqllpY7gM&_nc_ht=scontent-sea1-

1.xx&oh=915c99a075f19f476343 77c8f52cabc8&oe=5DECDDA0��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36546375_1929684337052381_9030397386718969856_o.jpg?_nc_cat=101&_nc_oc=AQmN8C6Ol97ROaUpgq4zoEqRax9R0XHXSIupF0rzDB64NbiZLbNINXzpIyy1I4gDY7g&_nc_ht=scontent-sea1-1.xx&oh=a8f755d9ddb00a0dda5b26a8b41cf2f2&oe=5DD72FC6

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36530553_1929684420385706_3843190973307813888_o.jpg?_nc_cat=107&_nc_oc=AQmX0iJ9dfBnT6PV77ToB9D117vRtnIV9q8kO7i-N0p3eXlAbYawxRRWVlriQjAJRVI&_nc_ht=scontent-sea1-1.xx&oh=45d8879561a0447addc2ccbbe7f4e360&oe=5DC9384B

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/36417405_1929684423719039_3752976194572648448_o.jpg?_nc_cat=107&_nc_oc=AQnu6pEyESv3jpaUAgKQaximvHS3IQTPZiAujHsh_89brUHs9o34r-ajpSEXd-_bBxE&_nc_ht=scontent-sea1-1.xx&oh=e22417238e561ac0eacae1d36b2c4f93&oe=5DD233CA��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1147488_566195546804171_925491672_o.jpg?_nc_cat=107&_nc_oc=AQkOt9EA0EH3xeNZet40d71-fZsphKx1KBroh0Dmt3CUnxhs2d6nkb2B9qGhNl3ilHw&_nc_ht=scontent-sea1-1.xx&oh=4a38aa28368697ccaf1df895262cc3f3&oe=5DD39BF4

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1531915_798000116880919_1598180457_o.jpg?_nc_cat=101&_nc_oc=AQlMSHPKEwylwQ_uIjxRjGjl4ktSB9JaXkHy4c1GfQMTg1RmFogEtqOr7zFHfmvsryE&_nc_ht=scontent-sea1-1.xx&oh=1836e2c8a24eccf248fa6b4f450caa2d&oe=5DE59132

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1014712_798000003547597_1553327639_o.jpg?_nc_cat=111&_nc_oc=AQlz1NSTSjm11ZCqLdzdfH06AghOBzdFjdhkPoMkluKmR92ORfEuqodGuA6COKwoH9s&_nc_ht=scontent-sea1-1.xx&oh=d327eb987cf8174203c43947837e4891&oe=5DE65984��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1795873_798000053547592_548108070_o.jpg?_nc_cat=105&_nc_oc=AQl0ShdOSAfSFXXtJTKwSBFJ6MAg-m-k7aBM-vm_EsbTJNAy8ZxE2HDZ224GQGKt7bA&_nc_ht=scontent-sea1-1.xx&oh=60b2549b2e19f07e700859971e01d710&oe=5DD570B3

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1534974_797999956880935_1660227321_o.jpg?_nc_cat=106&_nc_oc=AQmYefQ-hBlxGSLpAsNjD9UmfmzgURWUbkSP66uIdOf4otfQR1_z5nIzr5L6Rr6zyl0&_nc_ht=scontent-sea1-1.xx&oh=c9945d286a3be15f3912ff13771059cc&oe=5DE6CDEF

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1606513_797999910214273_113900833_o.jpg?_nc_cat=101&_nc_oc=AQltARvpYTPUfnQq1j43IKJouxwYrOu7qGgD0sBnsa2GAh_JWDC9CqscVixzd6S6u8s&_nc_ht=scontent-sea1-1.xx&oh=89ebaa8d5d0ab7107ee39754b7f51555&oe=5DC86A32��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1836597_798000170214247_1874213330_o.jpg?_nc_cat=104&_nc_oc=AQmGNn3S2LPTqwo8kyjD8_Oh8kq89G8LZkamxciVkATuZbeH-20Tan6iuUNHF4WgdcA&_nc_ht=scontent-sea1-1.xx&oh=481e718f9eb4625b18efba726fbd1ce9&oe=5DD07E32��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1782278_798000213547576_806721143_o.jpg?_nc_cat=101&_nc_oc=AQkjvp_yfQJeJSj7jV6Ie9ObC3Q4ESTahqLDwSVB3ZmPbn-nx5MQk03tg34dlL_JF-w&_nc_ht=scontent-sea1-1.xx&oh=ca81553f20722c1a52ce3617c2bf0c97&oe=5DDB6DE8��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1889065_798000256880905_469548284_o.jpg?_nc_cat=105&_nc_oc=AQn4Ng0JO13l103f9epR41-qpvPl3ioI2yS7nDjCG-Ya2hYTeMtZMgJ0PwKpKNKa300&_nc_ht=scontent-sea1-1.xx&oh=ad294ddb01b349aac7c89540ae78a853&oe=5DD04CF7��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/521402_454107007985713_115660838_n.jpg?_nc_cat=111&_nc_oc=AQnYFHmw5V5G6fBhLxyWTQqjEp5q6tmVUX-ZL-Xy6IfgsWihqIMPPmP_lYR37ZyNGqk&_nc_ht=scontent-sea1-1.xx&oh=860c220a2776c9e9997fb64b04fe0b07&oe=5DE03A92��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/527610_10150967760309443_452528939_n.jpg?_nc_cat=110&_nc_oc=AQnzIYkXGHF53WnHKacjuO9i29UTV8x8qfvU_NPPp0tUu1G6R4woM-TNqAxjY4De9R8&_nc_ht=scontent-sea1-1.xx&oh=4c79eb12bea24bd35c0717c13c04fade&oe=5DC97CFE

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/546014_190093431124308_1535314350_n.jpg?_nc_cat=111&_nc_oc=AQnh8mHY1vVZq7J61pDErcBhMGF5WZvxGxhFVPFCggC8jEZ2T-DdXBGFVf7FUdGbdGc&_nc_ht=scontent-sea1-1.xx&oh=6114200e733f4868f1eef76bd8d59bf6&oe=5DE5C220��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/540575_310836555676373_1889907770_n.jpg?_nc_cat=106&_nc_oc=AQk9HTQ_E6JH2xcqWdwaNJRYxX2VE3Gwaw4sR_BoY7m3fef8ZsrXgM5B6uVJOnsLuOQ&_nc_ht=scontent-sea1-1.xx&oh=9a2f784ddd1863532c1ef8b96b1ec53e&oe=5DE0BDDF

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1401274_10200819363507307_571983107_o.jpg?_nc_cat=108&_nc_oc=AQkzj_hXcitK3biHjL9Byx_0aygvaOh_3FhPov5wN1hsKKwpt-upGlDX6x6gLsl7tJQ&_nc_ht=scontent-sea1-1.xx&oh=82352f49e66aa834898aceb284338050&oe=5DDA0452

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1401723_10200819363467306_1751709639_o.jpg?

_nc_cat=101&_nc_oc=AQm9MKexwtCSpe0TRdLDbl0uO63Vmlo6Ehs5c2xD-9gJ7GhyJtX1weufRMP8BP7h_Q&_nc_ht=scontent-sea1-1.xx&oh=065839b21e258af4165b89dc78da7690&oe=5DE7ED79

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/1278084_10200819363547308_805394477_o.jpg?_nc_cat=105&_nc_oc=AQl7U9NFZlE1_g40JEnfRGamuGIXFG97Lp1DMzIC9IJDmCCUUr8zX12HIuo3yW28nL8&_nc_ht=scontent-sea1-1.xx&oh=b6d337ae4638a64f1016e86683a9976c&oe=5DE6F0AA��

https://scontent-sea1-1.xx.fbcdn.net/v/l/t31.0-8/904685_10200819363587309_336233674_o.jpg?_nc_cat=105&_nc_oc=AQnoH-iDODTR3eZmxJVzimrNNAONO0yBb3z_-GmdPnYZbhvahd-yIXfkn1bEOaGdHus&_nc_ht=scontent-sea1-1.xx&oh=17a8f4a4fa63f414a4902c0e76c71bfa&oe=5DE6B7EC��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/523779_420449044683472_1733411403_n.jpg?_nc_cat=102&_nc_oc=AQlqsNVEKTziMP_T486SPytljWkKv-WtLAck-1bl7mwVLuIWXcejB9pvty58huplCZk&_nc_ht=scontent-sea1-1.xx&oh=ba75756d82b89904bdac3d736f0c9b1c&oe=5DE4BAF0
Why are you reporting this content? : Other
Please clarify why you are reporting this content. : Big Appetites copyrighted photographs posted to Facebook without permission or license, and in some cases with missing or incomplete attribution. Some of these posts are by commercial brands using my copyrighted work as free content to provide traffic, interest and attention for their own brands. Willful copyright infringement. Contributory infringement for Facebook.
Which of these best describes your original copyrighted work? : Please select
Where can we see an authorized example of your work? : Big Appetites fine art photographs of tiny figures and food. United States copyright registrations VAu1106484, VAu001148370, VAu 1-198-948, VA0001948517, VAu-1-359-319.  http://bigappetites.net
Do you agree? : Yes
Electronic signature : Christopher Boffoli

**From:** **Facebook** case++aazqe6yr2iuvpw@support.facebook.com
**Subject:** Intellectual Property Report #712152789299415
**Date:** September 17, 2019 at 5:07 PM
**To:** hello@bigappetites.net

Hi,

The Facebook Team received a report from you. For reference, your complaint number is 712152789299415.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:

IP Help Center: https://www.facebook.com/help/intellectual_property/

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

- Hacked accounts: https://www.facebook.com/help/131719720300233
- Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/
- Abuse (including spam, hate speech and harassment): https://www.facebook.com/help/263149623790594/
- Pages (including admin issues): https://www.facebook.com/help/pages/
- Unauthorized photos or videos: https://www.facebook.com/help/428478523862899
- Login issues: https://www.facebook.com/help/login
- Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings

If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks for contacting Facebook,

The Facebook Team
---------------------------
Who owns the copyright? : Me or my organization
Your name (name and surname) : Christopher Boffoli
Your job responsibility : Owner, officer or director (non-legal)
Mailing address : Big Appetites Studio
3239A California Ave. SW
Seattle, WA. 98116-3304
Phone number : 206.552.9797
Email address : hello@bigappetites.net
Confirm your email address : hello@bigappetites.net
Name of the rights owner : Christopher Boffoli
Where is the rights owner based? : USA
What type of content are you reporting? : Photo, video or post
Please provide links (URLs) leading directly to the specific content you are reporting. : https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1012120_379831442117472_1238972999_n.jpg?_nc_cat=109&_nc_oc=AQnxS_bP2Urjtv8_C4iPvdqbDX5zJkw6sAw3EalmnFsBZ3I6IrX8sw8PT9letzdyb0Y&_nc_ht=scontent-sea1-1.xx&oh=24d9105b0beeb5aff5dffa6a94ddb381&oe=5DF15FD2

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/305552_446514272071731_1301592895_n.jpg?_nc_cat=109&_nc_oc=AQmjhaoipMc8OrvIC7fueFqsygCstlHCGfxR8eNx28Jh4Eoq7zPeM7136om79icNhSk&_nc_ht=scontent-sea1-1.xx&oh=40b956c6c5ab7d97c33c197658ee5e74&oe=5E3DF6B8

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/425484_357619567584536_2035562877_n.jpg?_nc_cat=100&_nc_oc=AQkxaWMVutC4qtz2BMQQA8zcIUr4mMjrLBPyhPOBRzChmT5YWvXRduUteQa2etjKspo&_nc_ht=scontent-sea1-1.xx&oh=f4a2b989a18d70d92268dd4a7d4cddd2&oe=5DFB5342

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/374275_172985012798316_203910578_n.jpg?_nc_cat=101&_nc_oc=AQkw4dLI5kHPPSMS64XhONvUNKCWOVpisXu6mAS1_dKF6rnHzQ6uGEPerJ2d-SSBmy4&_nc_ht=scontent-sea1-1.xx&oh=b2be0fd62c1ad35eb366a20494853367&oe=5E38CCF7

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/381625_172985036131647_53370572_n.jpg?

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/361625_172985066131647_58670972_n.jpg?_nc_cat=106&_nc_oc=AQmowCe37TcwHvA0jVHf310ZHY65KHuMgivwv7GjOERSh2zlRiHvZnOpM9W2VnBF9HY&_nc_ht=scontent-sea1-1.xx&oh=c96b5b8dc0eddb4aec5d420fa51ad8dd&oe=5DFE82AA��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/316626_172985076131643_1677931616_n.jpg?_nc_cat=109&_nc_oc=AQmiL0Obeslr6wdJ2dmnaNc5QFeTT6Byx2n7u75N6TPkhNswEzRLSOVT6nHuSuaqudw&_nc_ht=scontent-sea1-1.xx&oh=d879ad28bcdcc0559cd6119741916afe&oe=5E095EF3��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/384689_172985106131640_281927597_n.jpg?_nc_cat=106&_nc_oc=AQmZ1_ywcHUozTFJeCEbQx-PhPEfpxecgO0gqU5lb0IeYbzGi5oc9cvpwBuVARgJBB0&_nc_ht=scontent-sea1-1.xx&oh=a556ff862402b6dcee9fe78d5b34578c&oe=5DF8EADC

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/389466_172985136131637_1242956977_n.jpg?_nc_cat=103&_nc_oc=AQmFM-rAWAWHlaBn90jGQCoa28IPuvf4q8thjwlS3Z2H_EP6AjBzSeY0w_lbIEVwVr4&_nc_ht=scontent-sea1-1.xx&oh=8347258ffcd32704419c75c43e4e7693&oe=5DFC25BD

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/381054_172985156131635_1442028066_n.jpg?_nc_cat=102&_nc_oc=AQnZss2TbU9TfbvpUkCkJoHYGRIodUH66V_tSfRQ-rHudJzDNySSp4_w271ZV8H22fE&_nc_ht=scontent-sea1-1.xx&oh=d771206892f1f12ff32776bcb56c0739&oe=5E099526

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/381287_172985179464966_1309722805_n.jpg?_nc_cat=109&_nc_oc=AQm2PF2ljytwl8it1tDHBJK_ct0fxGE8vqKh-hd4gZhe9w-y6_8_UVh3A7NLoTVeKMA&_nc_ht=scontent-sea1-1.xx&oh=d4ef8e896d6729b7e383e2e6913acbfe&oe=5E00E251��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/377904_172985199464964_1384840421_n.jpg?_nc_cat=107&_nc_oc=AQlDv-zI9czsHZi-mdcxuTc9chzXCTGXPrmUTDaLb4Q2amTowmtm4mom0ytxsn_SIYM&_nc_ht=scontent-sea1-1.xx&oh=b3f7979416db1c3494b2305020a80079&oe=5DFCDE0B��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/383688_172985222798295_1944783549_n.jpg?_nc_cat=102&_nc_oc=AQk5RyAYj5-DnPYwWW9Inymq55TmrkDIMFUmYurYPfZrrCUw3e9l2B8MA-V9srDH_e0&_nc_ht=scontent-sea1-1.xx&oh=b55ba2ada159485d8df22342600e04e7&oe=5DFE6625��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/376111_172985249464959_537031522_n.jpg?_nc_cat=109&_nc_oc=AQmR9B19ZO8XdUyBNLCPCziedOOyOA8ev8G6WW2NSfvXJXfTHeIFgTIGe5lqLBA6Oy4&_nc_ht=scontent-sea1-1.xx&oh=5b195f01356932b0deef32d50d5573d2&oe=5DEFE8F2��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/313073_172985262798291_1929549000_n.jpg?_nc_cat=100&_nc_oc=AQlQgNaS_T1Ywhms2daEN_7mEnKpe0FQUTgY_zu6AQjFW4dEBNSxEN_e61t-CIM3osA&_nc_ht=scontent-sea1-1.xx&oh=8a8667b5a527b19075c387f5970102a9&oe=5DF2087A��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/380988_172985289464955_70584282_n.jpg?_nc_cat=110&_nc_oc=AQl9zEndLLIK7TLcvdfaO6vMNYC7-JPVkapQn2Iuh1j6G5MXEC8FHQiN9E58ZpwP7oE&_nc_ht=scontent-sea1-1.xx&oh=2a326768bf045a51c65f8b1d360d27ee&oe=5E01043C

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/382745_172985302798287_7635824_n.jpg?_nc_cat=105&_nc_oc=AQnCmEG0WOQbUHVNsCrrGl9SuVdU4OOIp6XGc0UeXcUa_wqZwyMpsrpxKAtoKW-Dr7c&_nc_ht=scontent-sea1-1.xx&oh=8dce26ed65f7ae811b447fab1eccc2c4&oe=5E020D47��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/391002_172985326131618_56386418_n.jpg?_nc_cat=109&_nc_oc=AQneZO5_ixZMmIvz-zqthtbsEmgmOlLlhN9g8C071VAroOk-UxUojtItoP2aFF_q7Qs&_nc_ht=scontent-sea1-1.xx&oh=2ef856a57015fba283315d6ee75053f8&oe=5DF49FAA

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/392967_172985346131616_1660316246_n.jpg?_nc_cat=100&_nc_oc=AQmxkgkXuuuqgJ8tVZlVx4IJnpIF_blYaT6SgllyUJDpExL95tSgtbtozrR3y2Udh38&_nc_ht=scontent-sea1-1.xx&oh=51a6a5940bf3fa56074f08436c79f244&oe=5E37B660

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/310514_172985356131615_1181348387_n.jpg?_nc_cat=104&_nc_oc=AQnlPY2gOrKud5iGSAcnG3ENoCOWOlGq1c4jmeVsnEbeA2aGBgfXP9pXe-ugyEAv5HI&_nc_ht=scontent-sea1-1.xx&oh=f381918a182c5ad18a1a55c83df1241f&oe=5E3A65EB��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/392334_172985412798276_840105176_n.jpg?_nc_cat=104&_nc_oc=AQm3j5IkX6i2XtZZli8aItJfOQVQSbsdwD4UrtyCHjxevmukIhdl4cTlt_b8o7hX41w&_nc_ht=scontent-sea1-1.xx&oh=4479696b5cb29ec95fe61c11bb325202&oe=5DF4FE98

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/384162_172985459464938_1190171767_n.jpg?_nc_cat=102&_nc_oc=AQmlTCb9v7dVrV5Cn-jHe5D8m7uJLBNwhH284rYLEUvqOZpNDmGEfU5CR0QbRoNzolY&_nc_ht=scontent-sea1-1.xx&oh=1ef3f06e3e42a762069728757b3726c8&oe=5E34CF57

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/377923_172985479464936_2133870010_n.jpg?_nc_cat=106&_nc_oc=AQmyXk_oVGdyCvyga46n3XD-GLIl30H31udHzk0ByQsVihU6HecKikTaoErkIZDJQcE&_nc_ht=scontent-sea1-1.xx&oh=c4180364c1892dc95a5c2ae43b6c4679&oe=5E3D14B5��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/302947_172985489464935_625502936_n.jpg?_nc_cat=110&_nc_oc=AQlx8dwTPKP73iYh2zeP6aXgz9j2j768cwrnXHl0l2MFeDJqT-5SnFcXJkUm6gXgGVQ&_nc_ht=scontent-sea1-1.xx&oh=382e2eec737260b8c85f5d4cfdd9c7a6&oe=5E398A27

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/388005_172985516131599_1249213942_n.jpg?_nc_cat=111&_nc_oc=AQntibSzGHTlEaZj--Xsyd8byy3Wd2VURqbWWK9qNIq61DZ79rVFZDGhVTEcI8z4dAI&_nc_ht=scontent-sea1-1.xx&oh=dbbde338aa060015ed014a3abd4585d0&oe=5E387687

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/316589_172985539464930_1844618888_n.jpg?_nc_cat=101&_nc_oc=AQl8z3RBzWzg4X34A7V1sA3gG8rzRyyVrPTbv0_9nxBc8J4iP7yFWEpPv7iX6H_d__w&_nc_ht=scontent-sea1-1.xx&oh=bb37179f518502d76056ce29ff6b033d&oe=5E396385

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/373851_172985566131594_450513603_n.jpg?_nc_cat=107&_nc_oc=AQkW8RMpBlR_ZGVtb_LpAaJN4b7WJhiYtMW1S0KEMsJ77_7osQxi3tzUZfAzfTsM8v4&_nc_ht=scontent-sea1-1.xx&oh=35836fddb9ace70229560484c9a44634&oe=5E0812A9��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/377896_172985576131593_2123238857_n.jpg?_nc_cat=100&_nc_oc=AQlh6BWplFBXRzhEaTQxfwJlMa4EQ-hvzLTh2uTL7IqiigGdKPlHs9PiKEk4tBrCgw4&_nc_ht=scontent-sea1-1.xx&oh=552b47730675a7c330cf8bd704a93fae&oe=5DFE7E5B

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/378084_172985586131592_936024484_n.jpg?_nc_cat=101&_nc_oc=AQnDK3VpEEPmk4EvYtvc4bE0E9CESl_bnbHO6qL0nTiyTnAf5o8h6Z_9OuRrlMloZhw&_nc_ht=scontent-sea1-1.xx&oh=16e4bbaeee6146d45ce3c2e0f0d01b81&oe=5E396E08��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/166988_172985612798256_165872406_n.jpg?_nc_cat=106&_nc_oc=AQlH3-nurGyAYXeI2-XYoWDhjgPBJXrRN3gBDdIxT9osiht0rC4smSFuRSSjahSzr80&_nc_ht=scontent-sea1-1.xx&oh=efbdb4cf1e07f386fbec239bd78209fb&oe=5DFD4873

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/308152_172985622798255_914629836_n.jpg?_nc_cat=101&_nc_oc=AQl6ZGaoR9PsdtfR5lp1XWsJtyDHuJdcgvsr8mIhHaudRMSg6AZZyYVEzuwqxRQVGys&_nc_ht=scontent-sea1-1.xx&oh=71f1955677662feeaf37d14da94f96d6&oe=5DF305F3��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/383945_172985656131585_507414317_n.jpg?_nc_cat=103&_nc_oc=AQkxaIn6VRiitMlcQsbKil-AyzVy0KuLTkI0MTKv5jgr_SwNbo3mGgtcMU342L3UIvI&_nc_ht=scontent-sea1-1.xx&oh=e4fdbbe366b0d10b05e6c222e04b6ba4&oe=5DFD8FEA��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/385553_172985679464916_893595321_n.jpg?_nc_cat=105&_nc_oc=AQmhCLco8ieuBten1_dJV3BK-b4JNYIiWcMdxILctG0QmPNH3XTQTEl3-vOvqv8WCaI&_nc_ht=scontent-sea1-1.xx&oh=280e9f93e1107acf9c06f854de6c94a1&oe=5DF9C7C9��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/387861_172985719464912_353997272_n.jpg?_nc_cat=106&_nc_oc=AQk9-8VlDc9ns_CHXdyMqc9Di0eOTD6IwPBm3dG0_cOnmTNG7zaIlUfSLjHRJ0lrn7U&_nc_ht=scontent-sea1-1.xx&oh=1fac9c4dbf73997e67a9620b51ba6ffc&oe=5E022D35

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/379777_172985746131576_1381132476_n.jpg?_nc_cat=104&_nc_oc=AQnr1N1-03qYTo6ZvoCTua65RpNr5f7FIjKKBBf6-L0t5tuBH-zQaSHqcHwrQQiSUd4&_nc_ht=scontent-sea1-1.xx&oh=6cefef44c3ec36eb1f6d55f1fa5d0021&oe=5DF5AEF8��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/382865_172985769464907_1525405951_n.jpg?_nc_cat=103&_nc_oc=AQnJhpv9FhD-dY9QrpEv0jeMLwUMNUr40nqbU4YA0SCfKoLMJyulAZ-8pZhR--6rIpM&_nc_ht=scontent-sea1-1.xx&oh=c431f23ede8fcc82e281001bf13f43db&oe=5E045EFB��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/380033_172985786131572_269090486_n.jpg?_nc_cat=101&_nc_oc=AQklT60Ox6d-QF3G1ejTGjVrdMygw-WE5bpeU0Fp4nMXuMYi1m23RQcfoLTqZbYxg44&_nc_ht=scontent-sea1-1.xx&oh=ce65d0da7d2090f2731cd68d1fa3dfa1&oe=5E0AEA90

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/374146_172985819464902_1387869027_n.jpg?_nc_cat=104&_nc_oc=AQlDy6BgLSODZOhl0LgDsd_L7G5cZ2YXYScMgMd1MtDlxP7HQGphU4AGSVXqa1KjGkw&_nc_ht=scontent-sea1-1.xx&oh=927c39e98a7d576800edeb85b91a3791&oe=5DFA6972��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/390451_172985839464900_151517319_n.jpg?_nc_cat=100&_nc_oc=AQl7t-65uv8WupTCeN4Ww-9-GTkmBkUHpJk0qxT4ZeEVcdMkLfDaBwbc2MN516-6lI0&_nc_ht=scontent-sea1-1.xx&oh=9412e94e5373329f2ebbfd3fbb4d9e2f&oe=5E393BA8��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/384369_172985859464898_1294400761_n.jpg?_nc_cat=102&_nc_oc=AQliBnAVNvzQdCZKF7nJgUAsESzssApQuSPKUdJkLQZzA9B7mXX_Dx7OAQOjewIcvpw&_nc_ht=scontent-sea1-1.xx&oh=5b67597b0b33b96c575a750ffd09da69&oe=5DF046BF��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/375181_172984672798350_1108010325_n.jpg?_nc_cat=108&_nc_oc=AQkjNuzoVQF1Baj4szmy0MFxTiXC33SR-y2M5DtOEd4otsJnFhmX7QTF4m98UepT4RM&_nc_ht=scontent-sea1-1.xx&oh=cd0a85b59f63be4fe0c2fdc98a8959e6&oe=5E06764A

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/390804_172984709465013_163597335_n.jpg?_nc_cat=103&_nc_oc=AQn76nkvk6-

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-0/p480x480/244109_171429799584235_6904731_o.jpg?_nc_cat=107&_nc_eui2=AeHL_Jcje7ADvZOxCHf4OlXvBDPINI4FBX5_3LIFPSmbgdiYqZPEk_kp4uYljKliviTgTfgLaiXuzXbU0x38WbH6D22fAdnAfmPPSAITzTsvhg&_nc_oc=AQme9-c0bcveHpgZ4BSg1Oqeifg6s-oIrVggltLU5WdUeL2H0rXDqO1H8zfA4V9Jglg&_nc_ht=scontent-sea1-1.xx&oh=252c4f66d949a00232bf07c6b05b3344&oe=5DFF9402��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-0/p480x480/244109_171429802917568_5375664_o.jpg?_nc_cat=105&_nc_eui2=AeFxIk9SGe1eBwrZzUUCzSWeYGmyliDe7vM_51rkyCcAZaPgCDpUukPRx36VdFlVJrOmgXWBkKA6F4U6O00sagSXBycLCmJy_Agb0r0jJj2hVg&_nc_oc=AQleY2iUrmoWpJb7K2cw2Fv-3rBs0F9Mvd9arD22BF1pdfQvfBnfFL4tfIuKt4ojjKs&_nc_ht=scontent-sea1-1.xx&oh=8623c7bb30814ddff5e2e99d07b1c8cb&oe=5DF06348

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-0/p480x480/244109_171429806250901_5175765_o.jpg?_nc_cat=106&_nc_eui2=AeGRbgWDK0n5Kgfv4kSYXlhqqpNnaugaiMCawdQrkVmLXo64OoBSxkz2yoxhZ7ipkO11WctYBJa8UMzeP6Rd2nCsTIPh2WYiclyrGnQ-PiQZJg&_nc_oc=AQlRYs6lotLJ3_DZsw-Fk3C-1Q6NFC7O6kK6G2yo5p1HbtE7bnvtiMikCz_1cG21mKk&_nc_ht=scontent-sea1-1.xx&oh=5de9a4a18919be6c675c63a2b0736571&oe=5E09C2BF

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/598703_537900959556722_12310900_n.jpg?_nc_cat=110&_nc_eui2=AeEg_4gyN6_HjSbl-3xFJXRJaDM9Zodx8watiCfnQu9GM8pG7Q8COx0DLKyp8vzQTTwirdgCt7Te9Y67FJ5A7Y-Lm5MewKqNN6WtIcQGETWdcg&_nc_oc=AQleLkv4ZQwbXLAguPmh6uxi953syItCQml38vjirXV04z0ifxkUHKHZrqwBGdFa8yM&_nc_ht=scontent-sea1-1.xx&oh=1c3a801cc51747708403c149709b35d5&oe=5DEFC38C��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/575838_219850901471811_1083876138_n.jpg?_nc_cat=100&_nc_eui2=AeGczmqEMXjQz287L-_m_71jobRB1uuWM0rUBQtfvBm91eCNxhjJQ9f1ngRuaSD39gf8WPu0eLPFTSR2e0hSASK-ABcn0sdDXbuy8jhfOW-WUg&_nc_oc=AQkLE-aNFpL70IOWe8FP4Oitvz-ppzjgvpY2UXcpauPbdkK5y_xJiz5Tsey1WtrCeJE&_nc_ht=scontent-sea1-1.xx&oh=1f2935e03206a8cbfd9924df5529718f&oe=5DF50456

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/529453_219851308138437_1291949776_n.jpg?_nc_cat=102&_nc_eui2=AeHXNF2wOpo0O7acDiXaE8qy3C4SJj-Dn5Tsyr4ytPrxoVrCD9AcTJIL8baVMrqTCz6mlvnpsgVSF5SJD2wh5561n1KSSNZqqR79bnS5UxBAxg&_nc_oc=AQkEbavcwQgV1GWdXE2IRY3SDE69Vlo43gH6utD-llPo9PLb_AWxyxmVJ8XN3ZCXRGs&_nc_ht=scontent-sea1-1.xx&oh=4bfe1a55a013cbea76c623ad5deccd62&oe=5E095806��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/319390_219851548138413_1180169146_n.jpg?_nc_cat=106&_nc_eui2=AeESsfvQdFUNP8uuRmAZUnxAaLkDqeB_lkGMpEcheH2TfRPh3PBX7Nz89-CWAx8c5_JqG2PYPXwYKCJEDjvuF57wVhyEFo7l7NbILVSB1_sjuw&_nc_oc=AQmMIwRJj8hqNxevCy38RVRK9HcYs-3dDN9LQyHFnUDr5YxW1F_T9L3A74m7U5jz_6E&_nc_ht=scontent-sea1-1.xx&oh=f7fbadee49177704d43852a1fbb1be13&oe=5DFF7F23

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10403461_471309806305650_1253672524978309177_n.jpg?_nc_cat=103&_nc_eui2=AeHaBG_5mmVP4sshVqx5fJvfkjeUSixcM0WlkDfsqyPd6jFWXZu9deGOFxOHgqRcSrxx7ulJuZ3L8JrZ-DBoVJDKAhfL0FZLrEkW-GymUAPyiQ&_nc_oc=AQlkpfDkQeFVhtK2CqD9GJTJAAcV14O4KC1ZLA1U6bKRIH-R8xGSqLfTKIl8r0CCDc8&_nc_ht=scontent-sea1-1.xx&oh=077d90d9d399361b13926cbbd5857874&oe=5DFA4F7E��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10371967_10202763563907765_5641152754195115472_n.jpg?_nc_cat=100&_nc_oc=AQn09jUQ4slnRhwOc8uERmHArwIqR1_S_3NrvDuJlZqZr5wVyphFC3Yl-VsKE8cQ36s&_nc_ht=scontent-sea1-1.xx&oh=86ef42f4d95a273b1b834b04bc89470b&oe=5DF5BEB6�

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10410619_10202401719024871_7133907661273981967_n.jpg?_nc_cat=101&_nc_oc=AQmiWMISCR_WF-HcAX154dxYORYLdf5x2YtPy9O2cT8DliTnC2aDGU-0U2C5KWLkoqg&_nc_ht=scontent-sea1-1.xx&oh=9f35de654bcd1fba32b0be6ee4b14d1e&oe=5DF0237E��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1461265_720884391330060_672906150489335031_n.jpg?_nc_cat=110&_nc_oc=AQljvWo_ffQCAESerZ4OWKeS8lhFpVGmsSVRUn-hjKOK6k0TlbyKgajiwIIBO4sW9zk&_nc_ht=scontent-sea1-1.xx&oh=47e4454b234565a7d5747542523f5db6&oe=5E0698C3

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10352261_760343847341174_5337372865478404961_n.jpg?_nc_cat=103&_nc_oc=AQmizI4CnsZoFAalJtDBSba5v9UUlvMVI2KDciVO5xCiy1teqsgdF4LJm7jBxK1t_EM&_nc_ht=scontent-sea1-1.xx&oh=b8de16c49363d0b290027e615eaa47e0&oe=5E0137E1

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10262198_770524552971485_963141017428643748_n.jpg?_nc_cat=101&_nc_oc=AQmjfz-808sPrpNo483EZHVNZIki8dLDFhFFECHtfAifnUoeRQZBprrIaDO0ajzhXEw&_nc_ht=scontent-sea1-1.xx&oh=99bbf973fc95257ff670cb256fac536d&oe=5E3BA4BF

��https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/10468233_302738013261672_3197756223349987398_o.jpg?_nc_cat=108&_nc_oc=AQkrrNy-G5tCqK2UVBHw_p8rTrcV8tOpvFcMzm93bb80PdKK2mQOLJsIGagEetKDOsc&_nc_ht=scontent-sea1-1.xx&oh=488bf2f823a9b93a0b84ac8d55322edc&oe=5DFA5BBA��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10731062_302738039928336_5727166971323014184_n.jpg?_nc_cat=104&_nc_oc=AQm1ZKmXHerwg8CcUJ9TK0wCpQmlR_I40iE1QUS9SSzGZ_44AK8YJTugPBF_TunVxmE&_nc_ht=scontent-sea1-1.xx&oh=806c0b4ff879b9af0d8ea4508b6ab080&oe=5E3DDE1A��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10154176_302738056595001_3569937505311255171_n.jpg?_nc_cat=109&_nc_oc=AQnR22TYqXhWMSFS6Ekci3J9etR93bn4EyyzHl0fbYsdlBiYgxIt2KxPByo2npLT9m8&_nc_ht=scontent-sea1-1.xx&oh=6a23b42b115b2bc472743fd98107fad4&oe=5DF085F0��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10403415_661994153876792_7008556012013116876_n.jpg?_nc_cat=109&_nc_oc=AQkyb_5NjZbFxNhDXF8dX2xAVSOOLuDP3bA3eCoPJHys79nxnUE613H3EvBlWeoFjqo&_nc_ht=scontent-sea1-1.xx&oh=0da1f756f49ad3ec4c5bf79b56ee57e9&oe=5DFF06E6��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10511172_720884407996725_4036440429665754068_n.jpg?_nc_cat=104&_nc_oc=AQnlzWDTuDlw2LWbUTTC7a-mp7DnBxduPWvebPZgvm8aV2FeI_jpQAyjhQDuBXaPyuY&_nc_ht=scontent-sea1-1.xx&oh=629de8535dd8195658e8d3c5e190e329&oe=5DF483B4��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10557205_720884384663394_23386378177495929180_n.jpg?_nc_cat=105&_nc_oc=AQk3iMF3qIwtfXFgvPgFtceZph-haZ4ofYphI0QNN0yuZMfTTA4tTWhbjJHwakVL5Wc&_nc_ht=scontent-sea1-1.xx&oh=ad13841a8f8529dfe75c55b8f592b8d8&oe=5DEF316A

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1620421_720884367996729_564076971729746566_n.jpg?_nc_cat=101&_nc_oc=AQklpbTByHriGl70Qbg2t5xhrhsJsC2-inqXNpzfT7-gb1K9ZqLVHU-gaUTMHnOYR9E&_nc_ht=scontent-sea1-1.xx&oh=1a8101f8b2b0ce47d7bdab6c7d2a8ec4&oe=5E089D97��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1016464_918668918161563_16341988029708166912_n.jpg?_nc_cat=103&_nc_oc=AQnH0_Px6S_o9sGMZe9FaOZdCwsJs0Ts3hZ9wp41Ns6dWklil-edVyC7cyOpK1koaMY&_nc_ht=scontent-sea1-1.xx&oh=8564c097df72dd9292bf99bdfc926219&oe=5E3515B2

��https://scontent-sea1-1.xx.fbcdn.net/v/l/t1.0-9/1604708_720884351330064_4679777472725092049_n.jpg?_nc_cat=107&_nc_oc=AQmajwZq-L6KgxBLWlDmb8UWk5hvZsYaZVYPQim2GJu6a8YLtZBsWomR5W0flqdk78E&_nc_ht=scontent-sea1-1.xx&oh=b3aeab0f9c77208f3b2f1216610a2398&oe=5E360770

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1959340_720884377996728_6864083536740619560_n.jpg?_nc_cat=102&_nc_oc=AQk7jsHJIHOOM7T4xQ3upj1ypA75ZtoSbfXytCBJ9ZHZ4mKN4sBaiouRBKb8DIP38mA&_nc_ht=scontent-sea1-1.xx&oh=d2e981ad08ae8bcc4be023c60f76a425&oe=5E34E920�

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10615583_782780445076508_5691059209448285762_n.jpg?_nc_cat=105&_nc_oc=AQl8cqw9UVr4vtxLfkZAqmQbvsUFJCtYyJy6u4054xtJO-BfqeWRUo9LhOD8sp7-L3w&_nc_ht=scontent-sea1-1.xx&oh=ee592ed9e9cfd705b19605cafee25f16&oe=5E37CEE8��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10425406_782780528409833_1634412955895799343_n.jpg?_nc_cat=100&_nc_oc=AQlysHxfJ3wgNISvr2SqLeCAs6LHqSvs1TIVcOZuI4cJtvVmZdpdMjHmF2eFLfwHImE&_nc_ht=scontent-sea1-1.xx&oh=b23b4a4aa0d23445c0a72ec68cde502a&oe=5E3D7D79��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10534076_782780538409832_6360706331509686591_n.jpg?_nc_cat=109&_nc_oc=AQnpgmDVqqORd0TgNgm0hARp_qegcU-c80LfrJeakX6J4G_yBHjIAzLxBxkuQgzx2S8&_nc_ht=scontent-sea1-1.xx&oh=ab99bab6e4dc34550c92a3e9f79cba8d&oe=5DF0E5CE

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10544332_782780658409820_8479877763646259828_n.png?_nc_cat=110&_nc_oc=AQl3N-caF0FOtbUnYGLQS_k3Vv1O8Nz8AbMJ-vF-m-Ebid38to6RTAcMe3biQoX9MSc&_nc_ht=scontent-sea1-1.xx&oh=5db37e5438106095cc276f845ecec9d5&oe=5E06C126��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10451159_668808159905584_2112963381984338594_n.jpg?_nc_cat=102&_nc_oc=AQn6DONb1L0TQGNkWYs94gcN9wdetHzgEEOQaxhTn8gA54BkVfB_MCERozSb9H8RSWI&_nc_ht=scontent-sea1-1.xx&oh=1a71d58224c31d91cef58089731617b7&oe=5E3C9661��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/10530646_792089170835722_4268667370198611932_o.jpg?_nc_cat=111&_nc_oc=AQnQMAXwsiw_hD4nEe8F79c3SXqaBAfhp0uXsyXH_VYivV0bbZhp7DzvQH3GLNBs2-o&_nc_ht=scontent-sea1-1.xx&oh=6e12d47e93bb14f227a1eb5aae9e8ad6&oe=5E3BD3B1��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/10560287_792089157502390_5569314477251680290_o.jpg?_nc_cat=102&_nc_oc=AQkoii1HlO_PxozUtuZ9BFgaw8EmXeev2mFt8GE1hBvOOAcukj2KSDZ9CGAaqHMp4ZA&_nc_ht=scontent-sea1-1.xx&oh=f6ef8ac8a9c8e7606061db30998fb711&oe=5E07DDEA��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/10630663_792089130835726_1379469566089854754_o.jpg?_nc_cat=105&_nc_oc=AQnHYyizIC8m5_Xgi0XpG-S69EU2RTzNpsny23PAnd1Of8v54AhfA5CGkPefz_xC2Lg&_nc_ht=scontent-sea1-1.xx&oh=a914b1a44d24cda605d1d73fc57afab1&oe=5E0AAF39

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10603647_792089107502395_6242965392838657769_n.jpg?_nc_cat=104&_nc_oc=AQl7Vr76C1RL_u7NNoODvNalCUBeD0LEFgzxXx2-c8IJMYsVTqKZ4TaYbpMnoqLizgs&_nc_ht=scontent-sea1-1.xx&oh=3bc961d1714ddfd2a20ad12b55bf0218&oe=5E3C59C4

sea1-1.xx&oh=2be961d1714ddfd2a20cd12b55bf0218&oe=5E3C50C4

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10730109_590790574358593_9065126624967741846_n.jpg?_nc_cat=106&_nc_oc=AQl7KSgs9ooDT79EFU1ahhEhY-jnZIO43Br6i5mDewDAub4XMPgas31RNkrwNQOjdjw&_nc_ht=scontent-sea1-1.xx&oh=d6fa155c28d3469226d7f1d8ca9a9bb7&oe=5DF3539E��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10356263_10152087302651485_9039179255126360978_n.jpg?_nc_cat=108&_nc_oc=AQlN00HMMv6PGDk3jOfXkKSgPxFoDV7qlHK7rc-2SQyCfxvA2o2vFEaYlqNAuaU4rms&_nc_ht=scontent-sea1-1.xx&oh=d88e6fea6ffba1f7f6630c610ee732b4&oe=5DFF5D90

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1506589_10152087302691485_1150750200995740133_n.jpg?_nc_cat=108&_nc_oc=AQl8ob6sUYA3L5UZUmuaME1IjIYhqXKCGtBJqEXcZBzs183u7o6AlNJE-AtqTZmGi2Y&_nc_ht=scontent-sea1-1.xx&oh=ee9a2d96bec37c903e1f25c241fae0cd&oe=5DF1513A��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10385407_10152087302821485_4901624761003850704_n.jpg?_nc_cat=107&_nc_oc=AQk6yltufm9DnvSyaP5WerctjAnJZE205sVKo7oeWF2M5g57-q35FsyPHvIkeSXF318&_nc_ht=scontent-sea1-1.xx&oh=9234028d71c42179aaffe19f28bf7a3a&oe=5E03DE31

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1231097_10152087302856485_8630732672937250219_n.jpg?_nc_cat=104&_nc_oc=AQm3bTWWc_rtbMO13GAUTxY0omrpEiUvFg9zYqbM-jeHuzOAp-KSpJcIUqSHxJ6JQDs&_nc_ht=scontent-sea1-1.xx&oh=12ac2f07d4fb95986a3ee13bc3815d1b&oe=5DF1A776��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1969418_10152087302886485_172365237360807367_n.jpg?_nc_cat=109&_nc_oc=AQlhQRgLFP2KTw5ESmfmkV525JfmXv7aYJTJFFFVyRqfb5OGHJpX2NnkkKRGe6z87uo&_nc_ht=scontent-sea1-1.xx&oh=eb155aab9b005ec3c78ee2b65e669ce1&oe=5DFF9AAA��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10544332_782780658409820_8479897763646259828_n.png?_nc_cat=110&_nc_oc=AQl3N-caF0FOtbUnYGLQS_k3Vv1O8Nz8AbMJ-vF-m-Ebid38to6RTAcMe3biQoX9MSc&_nc_ht=scontent-sea1-1.xx&oh=5db37e5438106095cc276f845ecec9d5&oe=5E06C126

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10534076_782780538409832_6360706331509686591_n.jpg?_nc_cat=109&_nc_oc=AQnpgmDVqqORd0TgNgm0hARp_qegcU-c80LfrJeakX6J4G_yBHjIAzLxBxkuQgzx2S8&_nc_ht=scontent-sea1-1.xx&oh=ab99bab6e4dc34550c92a3e9f79cba8d&oe=5DF0E5CE��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1618694_618500281558529_1649658612_n.png?_nc_cat=101&_nc_oc=AQmxwDyJ_r1xXh2m7VX583-8gaIHPzzE_Nn1pP-WHqhrTuPs3bA6lb1l7-9bRdl_LAw&_nc_ht=scontent-sea1-1.xx&oh=78448a15bcb718f27106be0ae69ecda5&oe=5E01E1D4��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1620942_329011573922026_4867818790677793106_n.jpg?_nc_cat=103&_nc_oc=AQljoy3AJX9fYWLR3onqLnPyA0wmxnYLz7Ht-rNZs-CuJKoZ3u14LPA7qt2wQrDrIA8&_nc_ht=scontent-sea1-1.xx&oh=d4cd46c359caa8936d1c10b0ef765ee7&oe=5E35591F

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10462531_329011780588672_4652690317521064452_n.jpg?_nc_cat=100&_nc_oc=AQm7SxjT_4v3xreXWpYppEQ7IC-osqL_IQiq79HyGM7K-q-6LEGdBDmI5v4bLyq0N0g&_nc_ht=scontent-sea1-1.xx&oh=678738fc82be08e666a1a88dfcdbe514&oe=5DEF350E��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/1908378_329012460588604_8986899715865573917_n.jpg?_nc_cat=107&_nc_oc=AQm-BdmGo442pUmW95mxxog6DL9vdj22de6I5qo2WtkTx5Fl0UlNQC1i9Rc8v4CUpPU&_nc_ht=scontent-sea1-1.xx&oh=e3871ad2a7abab207fafc299a15c5834&oe=5DF20748��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10557373_329010353922148_2306544908074179091_n.jpg?_nc_cat=110&_nc_oc=AQn7eyARZ9FocjgYrA4Wr8glRdxE1g6VbreJd1P8MIhzKN4MeAbZQdGTI7bfaRBzGD8&_nc_ht=scontent-sea1-1.xx&oh=31dddf79a6dc403b102de10ef33363dd&oe=5E0836AA��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10731062_302738039928336_5727166971323014184_n.jpg?_nc_cat=104&_nc_oc=AQm1ZKmXHerwg8CcUJ9TK0wCpQmlR_I40iE1QUS9SSzGZ_44AK8YJTugPBF_TunVxmE&_nc_ht=scontent-sea1-1.xx&oh=806c0b4ff879b9af0d8ea4508b6ab080&oe=5E3DDE1A��

https://scontent-sea1-1.xx.fbcdn.net/v/t31.0-8/10468233_302738013261672_3197756223349987398_o.jpg?_nc_cat=108&_nc_oc=AQkrrNy-G5tCqK2UVBHw_p8rTrcV8tOpvFcMzm93bb80PdKK2mQOLJsIGagEetKDOsc&_nc_ht=scontent-sea1-1.xx&oh=488bf2f823a9b93a0b84ac8d55322edc&oe=5DFA5BBA��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/10154176_302738056595001_3569937505311255171_n.jpg?_nc_cat=109&_nc_oc=AQnR22TYqXhWMSFS6Ekci3J9etR93bn4EyyzHl0fbYsdlBiYgxIt2KxPByo2npLT9m8&_nc_ht=scontent-sea1-1.xx&oh=6a23b42b115b2bc472743fd98107fad4&oe=5DF085F0
Why are you reporting this content? : Other
Please clarify why you are reporting this content. : Unauthorized publication of my copyrighted photographs on Facebook. Some by commercial entities using my intellectual property as free content to provide traffic and attention for their own brands. Willful infringement. Contributory infringement for Facebook.
Which of these best describes your original copyrighted work? : A photo
Where can we see an authorized example of your work? : Big Appetites fine art photographs of tiny figures and food. United States copyright registrations VAu1106484, VAu001148370, VAu 1-198-948, VA0001948517, VAu-1-359-319  http://bigappetites.net

copyright registrations VAu1166464, VAu001148676, VAu 1-136-346, VA0001948317, VAu 1-339-319. http://bigappetites.net
Do you agree? : Yes
Electronic signature : Christopher Boffoli

| | | |
|---|---|---|
| From: | **Facebook** case++aazq5q3oimtrq4@support.facebook.com | |
| Subject: | Intellectual Property Report #468035897255363 | F |
| Date: | October 10, 2019 at 8:36 AM | |
| To: | hello@bigappetites.net | |

The Facebook Team received a report from you. For reference, your complaint number is 468035897255363.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:

IP Help Center: https://www.facebook.com/help/intellectual_property/

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

- Hacked accounts: https://www.facebook.com/help/131719720300233
- Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/
- Abuse (including spam, hate speech and harassment): https://www.facebook.com/help/263149623790594/
- Pages (including admin issues): https://www.facebook.com/help/pages/
- Unauthorized photos or videos: https://www.facebook.com/help/428478523862899
- Login issues: https://www.facebook.com/help/login
- Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings

If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks for contacting Facebook,

The Facebook Team
---------------------------
Who owns the copyright? : Me or my organization
Your name (name and surname) : Christopher Boffoli
Your job responsibility : Owner, officer or director (non-legal)
Mailing address : 3239 California Ave. SW
Seattle, WA. 98116
Phone number : 2065529797
Email address : hello@bigappetites.net
Confirm your email address : hello@bigappetites.net
Name of the rights owner : Christopher Boffoli
Where is the rights owner based? : USA
What type of content are you reporting? : Photo, video or post
Please provide links (URLs) leading directly to the specific content you are reporting. : https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/381116_355169234568400_162976049_n.jpg?_nc_cat=111&_nc_oc=AQnS1BD8VJZFBlaYDKnUhXwK-z0zX6mNaArcNH7EOKdSr0gfs5sdtE3RLCjmphG6zqE&_nc_ht=scontent-sea1-1.xx&oh=fa8e339c8a6161c540c9d6171804d536&oe=5E231656

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/71830571_183467749368015_419462041024069632_o.jpg?_nc_cat=100&_nc_oc=AQlrDnULE5x5P9Znsrldwe8JvINJhKHJDr4th74M_kFS_fziEq4O2tLN3u9TFIR0rQQ&_nc_ht=scontent-sea1-1.xx&oh=b7dec19a497d368f08132c046f48773a&oe=5E315275

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/64542139_2316300078477166_1776454321085349888_o.jpg?_nc_cat=107&_nc_oc=AQkxJ7-qgVGdOY2hiOA2pB6ujSKwLC0ss0HrVNFn3fWBVmlrgrIcot2nq3X-UBw82_k&_nc_ht=scontent-sea1-1.xx&oh=2f9871ecc5f54c883259b71fdad534bf&oe=5E2E9324

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66728366_2316300085143832_1802361804332990464_o.jpg?_nc_cat=109&_nc_oc=AQk7aMj1x_x-npmg0nQR8HndjY3UO5pA-o9fH_lD6jwcNDW4ZkB5s4kfWp__GKsjodQ&_nc_ht=scontent-sea1-1.xx&oh=e34978d3813d42114202b688293803ad&oe=5E3C4A80

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66297596_2316300138477160_7736677456760799232_o.jpg?
_nc_cat=102&_nc_oc=AQlmsw0mT69O.lcpgndohDcOnDkDo4uzbrKzuY14dpQTNXXQCVttuaMUXi-AGQtVSr1w&_nc_ht=scontent-

_nc_cat=102&_nc_oc=AQlmswomr6566opgndonDcOnDkD64dzbrR2dr14dpQrNxXOOVttuaMOXFAQQtVSrrWq_nc_ht=scontent-sea1-1.xx&oh=42ccffc6ff2fe8c0035706a0f6655371&oe=5E2FE25A

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66467914_2316300171810490_3871996056241700864_o.jpg?_nc_cat=111&_nc_oc=AQkoKGobrEbpCCGhUV36GKXlg5YGBSMx01iIJxuTLMmv3GvCs14NpnK8YxgLikUaeLs&_nc_ht=scontent-sea1-1.xx&oh=ff5500d258c940bc8550cbfca2f91c86&oe=5E3252B5

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66378375_2316309258476248_418052518656868352_n.jpg?_nc_cat=107&_nc_oc=AQnRiv21O5KWkMMnrJDmJdNwbDEQmQ1KeD4Bwb3Xmm7Hn53qQsMMqT8M0Cj6KusNO8k&_nc_ht=scontent-sea1-1.xx&oh=9eb3596ec2fea5994e6ad0386bd84df9&oe=5E3BF1B1

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66612301_2316309231809584_7505877154203172864_n.jpg?_nc_cat=104&_nc_oc=AQnh8Be0uV9EKHcYZ_lxs5uH-YDiyt_tBrF7iyjQSVHWOjEGPJ519ROGGEy1EZgXZ6c&_nc_ht=scontent-sea1-1.xx&oh=102762e2095c4022dec62715626b4d10&oe=5E30F03C

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66728583_2316309238476250_6775574916784717824_n.jpg?_nc_cat=100&_nc_oc=AQnRCFkJ4IahjZutehaKDlCkygI5wTN23MS6H47n-Q1tpaTMkAL6oYob8IqMQacGEbY&_nc_ht=scontent-sea1-1.xx&oh=f4c4eb54b0cf5df662cab5d8319c3984&oe=5E1F894D

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66746078_2316309361809571_8665998278128566272_n.jpg?_nc_cat=103&_nc_oc=AQkqMRV311yllTO3qVl_GUs8FllyzdONcxeU37khbvTXRgPDxhTidJHXsvpb26nVcqM&_nc_ht=scontent-sea1-1.xx&oh=8db4ac32229c520b177fecf1ccd32473&oe=5E1705B0

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66368201_2316309381809569_7408031373929218048_n.jpg?_nc_cat=103&_nc_oc=AQn94NVacF8lBjO7E6U4V6RkFlzAskqbA6IMBBVdu5tm8ObuSPmTgnHlTMkpN3Fyq_o&_nc_ht=scontent-sea1-1.xx&oh=7fc60707b02bbce323f14f6f02f40316&oe=5E2AD5F8

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66965822_2316309405142900_2507286359899635712_n.jpg?_nc_cat=103&_nc_oc=AQl6VBVGettoWVmeTc2XuRGpRCOO8HndNjVAtdb0OIHZFgWXEgfufNJR0amBLF2xmRQ&_nc_ht=scontent-sea1-1.xx&oh=14c34df4c692385398a94cd8e0587ddf&oe=5E3C40D4

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66402017_2316309441809563_6431603261064609792_n.jpg?_nc_cat=103&_nc_oc=AQkVJ9-zewIaG89xYp23taCuWya-pnWgFM4JFA-iUoU-R31wcAoGKX3fwzG8rjfVO00&_nc_ht=scontent-sea1-1.xx&oh=9141770dd508e3a8cbcb73b6ed3d1dc9&oe=5E345505��

https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66764064_2316309455142895_6981073433857622016_n.jpg?_nc_cat=101&_nc_oc=AQnUyYKAzUU_CRmYesL-tcbej5cYAvnUSuns0r1El7fGntB3aR2IzUNN0xyd_QB_iss&_nc_ht=scontent-sea1-1.xx&oh=fdf27e7a1b91d14e7059c320f8b411e4&oe=5E32C33D

��https://scontent-sea1-1.xx.fbcdn.net/v/t1.0-9/66582925_2316309448476229_3685224120565366784_n.jpg?_nc_cat=101&_nc_oc=AQmG0qJHOEztmPdbw1vuU6RtcHo827CMLiLsXYMxZnuejkZ4yt6nd0hKrnmBfEMCnAQ&_nc_ht=scontent-sea1-1.xx&oh=3bfb74866e669459e42b980f4dc743f4&oe=5E2FDD21

Why are you reporting this content? : Other
Please clarify why you are reporting this content. : Unauthorized use of my copyrighted work without license or proper attribution, some by commercial brands using my intellectual property as free content to provide traffic, interest and attention for their own brands. Willful copyright infringement. Contributory infringement for Facebook.
Which of these best describes your original copyrighted work? : A photo
Where can we see an authorized example of your work? : Big Appetites fine art photographs of tiny figures and food. United States copyright registrations VAu1106484, VAu001148370, VAu 1-198-948, VA0001948517, VAu-1-359-319.  http://bigappetites.net
Do you agree? : Yes
Electronic signature : Christopher Boffoli