IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **CHRISTOPHER BOFFOLI, AN INDIVIDUAL**<br>Plaintiff/Petitioner<br>vs.<br>**FACEBOOK, INC., A DELAWARE CORPORATION**<br>Defendant/Respondent | Cause No.: **2:20-CV-00237-JLR**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of February, 2020** at **3:29 PM** at the address of **251 LITTLE FALLS DRIVE, WILMINGTON, New Castle County, DE 19808**; this declarant served the above described documents upon **FACEBOOK, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CORPORATION SERVICE COMPANY, REGISTERED AGENT**, **Who accepted service, with identity confirmed by subject stating their name, a brown-haired white female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses named Samy who is authorized to accept service.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**

PAGE 1 OF 2

Tracking #: **0050693870**


For: **Newman DuWors, LLP**
Ref #: **1751-0021**



| PLAINTIFF/PETITIONER: CHRISTOPHER BOFFOLI, AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FACEBOOK, INC., A DELAWARE CORPORATION | 2:20-CV-00237-JLR |

Service Fee Total: **$167.50**

Declarant hereby states under penalty of perjury under the laws of the State of Delaware that the statement above is true and correct.

Date:  02/25/2020

*Rodney Samuels*

**Rodney Samuels**


For: **Newman DuWors, LLP**
Ref #: **1751-0021**

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

Tracking #: **0050693870**
