Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, AN INDIVIDUAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC. A DELAWARE CORPORATION,<br><br>　　　　Defendant. | Case No. 2:20-CV-237 JLR<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER T. VARAS** |

TO:　　　　CHRISTOPHER BOFFOLI, individually

AND TO:　　NEWMAN DU WORS LLP, his counsel of record;

AND TO:　　THE CLERK OF THE ABOVE ENTITLED COURT.

　　　　NOTICE IS HERBY GIVEN that Defendant, FACEBOOK, INC., hereby enters its appearance in the above entitled action by its attorneys, KILPATRICK TOWNSEND & STOCKTON LLP, Christopher T. Varas without waiving objections as to improper service or jurisdiction and respectfully requests that all papers and pleadings in said case, other than process, be served upon the undersigned attorneys at their office stated below.

NOTICE OF APPEARANCE OF CHRISTOPHER T. VARAS - 1 -
Case No. 2:20-CV-237 JLR
US2000 14449588 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

1   DATED this 17th day of March, 2020 at Seattle, Washington.

KILPATRICK TOWNSEND & STOCKTON LLP

By: *s/ Christopher T. Varas*
Christopher T. Varas, WSBA No. 32875
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
cvaras@kilpatricktownsend.com
Telephone: (206) 516-3088
Facsimile: (206) 623-6793

*Counsel for Defendant Facebook, Inc.*

NOTICE OF APPEARANCE OF CHRISTOPHER T. VARAS - 2 -
Case No. 2:20-CV-237 JLR
US2000 14449588 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600