Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER BOFFOLI, AN INDIVIDUAL

Plaintiff,

v.

FACEBOOK, INC. A DELAWARE CORPORATION,

Defendant.

Cause No. 2:20-CV-237 JLR

STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS FACEBOOK, INC. TO ANSWER COMPLAINT

**Noted for Hearing:**
**March 17, 2020**

## I. STIPULATION

Plaintiff Christopher Boffoli, by and through his counsel of record, Keith Scully, Esq. and Newman Du Wors LLP, and Defendant Facebook, Inc., by and through its counsel of record, Christopher T. Varas, Esq. and Kilpatrick Townsend & Stockton LLP, stipulate to the following:

1. Leave for the Defendant to extend the time by which it will either answer the Complaint (Dkt. #1) or file a motion under Fed. R. Civ. P. 12 to on or before April 7, 2020;
2. Good cause exists for an extension of time for the Defendant to answer/file a Fed. R. Civ. P. 12 motion as Plaintiff and Defendant are engaged in settlement discussions; and
3. No party is prejudiced by such an extension.

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

A proposed order is attached for the Court's consideration.

Dated: March 17, 2020

Respectfully submitted,

NEWMAN DU WORS LLP

By: *s/ Keith Scully (w/ permission)*
Keith Scully, WSBA No. 28677
Attorneys for Plaintiff
Christopher Boffoli

Dated: March 17, 2020

KILPATRICK TOWNSEND & STOCKTON LLP

By: *s/ Christopher T. Varas*
Christopher T. Varas, WSBA No. 32875
Attorneys for Defendant
Facebook, Inc.

STIPULATION RE: EXTENSION FOR DEFENDANTS FACEBOOK, INC. TO ANSWER COMPLAINT - 2 -
Case No. 2:20-CV-237 JLR
US2000 14449573 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600