Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, AN INDIVIDUAL<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. A DELAWARE CORPORATION,<br><br>Defendant. | Case No. 2:20-CV-237 JLR<br><br>[PROPOSED] ORDER ON STIPULATION RE: EXTENSION OF TIME |

This matter is before the Court on the stipulation of Plaintiff Christopher Boffoli and Defendant Facebook, Inc. in which Plaintiff and Defendant stipulate to the extension of time to April 7, 2020 at which point the Defendant is to either answer the Complaint (Dkt. #1) or file a motion for relief under Fed. R. Civ. P. 12.

The Court has considered the stipulation, as well as the pleadings filed and Court records in this matter. Being otherwise advised, the Court ORDERS:

1. The Court finds no party will suffer prejudice in allowing the extension of time for which the Defendant has to respond to the Complaint;

2. The Court finds there is good cause to grant the extension; and

[PROPOSED] ORDER ON STIPULATION RE:
EXTENSION OF TIME - 1 -
Case No. 2:20-CV-237 JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

3. The Defendant's time in which to answer the Complaint or file a motion for relief under Fed. R. Civ. P. 12 is extended to April 7, 2020.

Dated this _____ day of March, 2020.

_____
Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER ON STIPULATION RE:
EXTENSION OF TIME - 2 -
Case No. 2:20-CV-237 JLR

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

| | | |
|---|---|---|
| 1 | Presented By, | |
| 2 | s/ Christopher T. Varas, | s/ Keith Scully (with permission) |
|   | Christopher T. Varas, WSBA No. 32875 | Keith Scully, WSBA No. 28677 |
| 3 | | |
| 4 | Attorneys for Defendant | Attorneys for Plaintiff |
|   | Facebook, Inc. | Christopher Boffoli |

[PROPOSED] ORDER ON STIPULATION RE:
EXTENSION OF TIME - 3 -
Case No. 2:20-CV-237 JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600