Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, AN INDIVIDUAL<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. A DELAWARE CORPORATION,<br><br>Defendant. | Case No. 2:20-CV-237 JLR<br><br>ORDER ON STIPULATION RE: EXTENSION OF TIME |

This matter is before the Court on the stipulation of Plaintiff Christopher Boffoli and Defendant Facebook, Inc. in which Plaintiff and Defendant stipulate to the extension of time to April 7, 2020 at which point the Defendant is to either answer the Complaint (Dkt. #1) or file a motion for relief under Fed. R. Civ. P. 12.

The Court has considered the stipulation, as well as the pleadings filed and Court records in this matter. Being otherwise advised, the Court ORDERS:

1. The Court finds no party will suffer prejudice in allowing the extension of time for which the Defendant has to respond to the Complaint;

2. The Court finds there is good cause to grant the extension; and

ORDER ON STIPULATION RE: EXTENSION OF
TIME - 1 -
Case No. 2:20-CV-237 JLR

3. The Defendant's time in which to answer the Complaint or file a motion for relief under Fed. R. Civ. P. 12 is extended to April 7, 2020.

Dated this 27th day of March, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER ON STIPULATION RE: EXTENSION OF
TIME - 2 -
Case No. 2:20-CV-237 JLR

Presented By,

*s/ Christopher T. Varas,*
Christopher T. Varas, WSBA No. 32875

Attorneys for Defendant
Facebook, Inc.

*s/ Keith Scully (with permission)*
Keith Scully, WSBA No. 28677

Attorneys for Plaintiff
Christopher Boffoli

ORDER ON STIPULATION RE: EXTENSION OF TIME - 3 -
Case No. 2:20-CV-237 JLR