The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:20-cv-00237-JLR<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**<br><br>NOTE ON MOTION CALENDAR:<br>April 1, 2020 |

Based on the foregoing stipulation of the parties, the Court hereby ORDERS:

This matter, having come before the Court upon the stipulation of the parties for entry of a dismissal order, now, therefore, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the above-captioned matter is hereby dismissed with prejudice and without an award of attorneys' fees or costs to either party.

DATED this ___ day of _____, 2020.

_____
James L. Robart
United States District Judge

[PROPOSED] ORDER—1

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800