The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:20-cv-00237-JLR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**<br><br>NOTE ON MOTION CALENDAR: April 1, 2020 |

　　Plaintiff Christopher Boffoli and Defendant Facebook, Inc. by and through their attorneys hereby stipulate that the above-captioned matter should be dismissed with prejudice and without award of attorneys' fees or costs to either party.

　　A proposed order is attached for the Court's consideration.

| | | |
|---|---|---|
| 1 | Dated: March 31, 2020 | Respectfully submitted, |
| 2 | | NEWMAN DU WORS LLP |
| 3 | | |
| 4 | | s/ Keith Scully |
| 5 | | Keith Scully, WSBA No. 28677 |
| | | 2101 Fourth Avenue, Suite 1500 |
| 6 | | Seattle, WA 98121 |
| 7 | | Telephone: (206) 274-2800 |
| | | Facsimile: (206) 274-2801 |
| 8 | | Email: *keith@newmanlaw.com* |
| 9 | | Counsel for Plaintiff |
| 10 | | Christopher Boffoli |

Dated: March 31, 2020                KILPATRICK TOWNSEND & STOCKTON LLP

s/ Christopher T. Varas (*with permission*)
Christopher T. Varas, WSBA No. 32875
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone:            (206) 467-9600
Email: *cvaras@kilpatricktownsend.com*

Counsel for Defendant
Facebook, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2020, I cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Chy Eaton
Chy Eaton

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:20-cv-00237-JLR<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**<br><br>NOTE ON MOTION CALENDAR: April 1, 2020 |

Based on the foregoing stipulation of the parties, the Court hereby ORDERS:

This matter, having come before the Court upon the stipulation of the parties for entry of a dismissal order, now, therefore, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the above-captioned matter is hereby dismissed with prejudice and without an award of attorneys' fees or costs to either party.

DATED this 3rd day of April, 2020.

_James L. Robart_
James L. Robart
United States District Judge

ORDER—1